

May 11, 2016

**BY EMAIL AND ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    <u>United States</u> v. <u>Laquan Parrish, et al.</u>
S1 16 Cr. 212 (LAK)

Dear Judge Kaplan:

       The Government respectfully submits this letter in support of its appeal of the order of the Honorable Frank Maas granting bail to defendant Kraig Lewis, a/k/a "K-Murda." A hearing before Your Honor is currently scheduled for May 12, 2016 at 2:15 p.m.

       The defendant's primary argument for bail is that he is a student living in Bridgeport, Connecticut who is merely childhood friends with gang members and who otherwise lives a law abiding life. However, as detailed below, the evidence in the case belies this claim—and includes graphic wiretapped conversations with the leader of the gang from less than two months ago relating to gang policies, violence, and drug dealing. The defendant is an active member of the violent 2Fly YGz street gang ("2Fly"). He has not and cannot overcome the presumption that he should be detained pending trial.

## I.    Background

       On April 27, 2016, Indictment S1 16 Cr. 212 (LAK) (the "Indictment") was unsealed charging the defendant with: (a) racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d); (b) narcotics conspiracy, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A); (c) narcotics distribution within 1000 feet of a school, playground, or public housing development, in violation of Title 21, United States Code, Section 860; and (d) firearms discharge, in violation of Title 18, United States Code, Section 924(c)(1)(a)(iii).

       The defendant was arrested on April 27, 2016 and was presented before the Honorable Frank Maas, United States Magistrate Judge. Magistrate Judge Maas held a bail

hearing on that day, which was continued on April 29, 2016.  The Government sought detention. Judge Maas granted the defendant bail subject to the following conditions:

- A $1,000,000 personal recognizance bond, co-signed by five financially responsible people and secured by $300,000 in cash or property;
- Travel restricted to the SDNY, EDNY, and District of Connecticut, with the defendant not to enter the Bronx and to reside in Bridgeport, Connecticut;
- Surrender of travel documents and no new applications;
- Strict Pretrial supervision;
- Drug testing and treatment;
- Home detention with electronic monitoring;
- No contact with co-defendants unless counsel is present; and
- The defendant to consent to random searches of his home

## II.     Legal Standard

A district court reviews *de novo* a magistrate judge's decision to release or detain a defendant.  *United States* v. *Leon*, 766 F.2d 77, 80 (2d Cir. 1985).  The Court must order detention if "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(e).

Because the Indictment in this case charges that the defendant used a firearm during and in relation to a drug trafficking crime and that he engaged in narcotics conspiracy offenses, considerations of release and detention pending trial are governed by 18 U.S.C. § 3142(e)(3).  Under that statute, the Court must presume that "no condition or combination of conditions will reasonably assure" the appearance of the defendant and the safety of the community.  It is the defendant who bears the burden of production, and it is the defendant who must present evidence to rebut the presumption in favor of detention.  *United States* v. *Mercedes*, 254 F.3d 433, 436 (2d Cir. 2001).  And even assuming the defendant successfully rebuts the presumption in favor of detention, that presumption does not vanish; instead, it "remains a factor to be considered among those weighed by the district court."  *United States* v. *Mercedes*, 254 F.3d at 436.  "At all times . . . the government retains the ultimate burden of persuasion by clear and convincing evidence that the defendant presents a danger to the community, and by the lesser standard of a preponderance of the evidence that the defendant presents a risk of flight." *United States* v. *English*, 629 F.3d 311, 319 (2d Cir. 2011) (quotations and citation omitted).

In considering the defendant's application for bail, the Court considers the following factors:

(1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence . . . or involves . . . a controlled substance [or] firearm . . .;  (2) the weight of the evidence against the person;  (3) the history and characteristics of the person, including-- (A) the person's character, physical and mental condition, family ties, employment, financial resources,

length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and (B) whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

As set forth below, no condition or set of conditions would reasonably assure the safety of the community or the defendant's appearance in court if the defendant were released.

## III.    Discussion

As detailed below, although the defendant attends school, he has not left the gang life behind.  To the contrary, he continues to stay active in 2Fly and therefore continues to pose an ongoing threat to the safety of the community and, as a result of the stiff penalties he faces, a risk of flight.

### A.  Background: The 2Fly Gang

The charges in this case stem from a more than yearlong investigation by the New York City Police Department, the Drug Enforcement Administration, Homeland Security Investigations, and the Bureau of Alcohol, Tobacco, Firearms, and Explosives into two rival street gangs—2Fly and the Big Money Bosses ("BMB")—that operated in the Bronx, New York. The investigation revealed that since at least in or about 2007 and continuing through the present, members of BMB and 2Fly have been involved in a variety of racketeering acts, including murders, attempted murders, robberies, narcotics trafficking, bank fraud, and counterfeit currency offenses.

The Indictment in this case is based on evidence obtained from: (a) wiretaps on five phones on four members and associates of 2Fly, including the leader of 2Fly, Laquan Parrish, a/k/a "MadDog," a/k/a "Quanzaa;" (b) undercover and confidential purchases of narcotics; (c) evidence obtained through search warrants of seized cellular telephones of 2Fly members and associates; (d) prison mail and prison calls of 2Fly members and associates; (e) ballistics evidence from the scene of certain shootings, including a murder; (f) the expected testimony of civilian and law enforcement witnesses who witnessed some of the acts of violence; (g) the expected testimony of multiple cooperating witnesses who were either members or associates of 2Fly, or closely acquainted with 2Fly members or associates; (h) social media postings in which members and associates of 2Fly promote their gang and feud with rival gangs, display guns and narcotics, and allude to the primary territory of the gang; among other sources of evidence.

The above evidence will show, in sum, that 2Fly is a violent street gang that commits murders and other acts of violence, distributes narcotics, and commits other crimes.

2Fly is a subset of the "Young Gunnaz," or "YGz," street gang. 2Fly is primarily engaged in its illegal activities in the vicinity of the Eastchester Gardens housing development ("ECG") and in an area called the "Valley" or the "V," which is in the vicinity of Gun Hill Road. ECG is a rectangular complex of residential buildings in the Northern Bronx, in the middle of which is a playground. Members of 2Fly control the narcotics trade at ECG, which takes place in the open air at the playground and in apartments at ECG. Members of 2Fly primarily sell marijuana and crack cocaine, but also sell powder cocaine and prescription pills, such as oxycodone. 2Fly members and associates not only blatantly sell narcotics from the playground at ECG, they also store guns at the playground or in nearby apartments or cars in order to protect their narcotics business and for protection against rival gangs. 2Fly coexists at ECG with a faction of the Bloods gang called "Sex Money Murder" ("SMM"), which controlled ECG before 2Fly and has allied with 2Fly to prevent others from selling drugs at ECG.

Members and associates of 2Fly have aligned themselves in the gang's disputes with rival gangs from nearby areas of the Bronx, which disputes—primarily with BMB—have resulted in violence, including murders, shootings, and stabbings. Members and associates of 2Fly also engage in robberies and gang assaults. 2Fly members have developed a practice of "mobbing," meaning gathering in large grounds to travel to territory of a rival gang to engage in violence there. Members of rival gangs also sometimes go "mobbing" to attack 2Fly in its territory.

The Indictment charges two murders among the acts of violence committed by members and associates of 2Fly, including the murder of Alexander "A.J." Walters, who was stabbed to death by members of 2Fly in March 2012. Additionally, the Government is investigating several additional murders believed to be committed by members or associates of 2Fly and BMB.

2Fly and BMB have also developed a strong norm against "snitching," or cooperating with law enforcement. Social media postings reflect members encouraging each other not to snitch or proclaiming their own lack of cooperation with law enforcement.

**B. Kraig Lewis, a/k/a "K-Murda"**

1. Nature and Circumstances of the Offense

The offenses charged against the defendant are extraordinarily serious. Lewis is charged in all four counts of the Indictment. Count One of the Indictment charges Lewis with participation in a racketeering enterprise, and the predicate acts for that charge include numerous acts of violence such as murder, attempted murder, and robbery. Count One therefore constitutes a "crime of violence" under § 3142(g), weighing in favor of detention. *See United States* v. *Ciccone*, 312 F.3d 535, 542 (2d Cir. 2002).

Counts Two and Three charge Lewis with narcotics offenses. The Second Circuit has held that narcotics trafficking presents a serious danger to the community, and should be treated as such for purposes of bail determinations. *See United States* v. *Leon*, 766 F.2d 77, 81 (2d Cir. 1985). That principle has special force here, because 2Fly's narcotics trafficking was not simply a means to make money, but the lifeblood and daily activity of a gang that controlled its drug territory through violence and threats of violence. By converting the playground of

ECG and other areas into open-air drug markets, and by storing guns near the playground to protect their drug-selling territory, 2Fly members endangered the lives and the futures of the innocent children and families living there. That danger is particularly captured by Count Three, which charges Lewis with trafficking narcotics near schools and playgrounds.

Count Four charges Lewis with discharge of firearms in furtherance of the racketeering enterprise and narcotics conspiracy charged in Counts One and Two. This charge thus plainly "involves . . . a firearm" and constitutes a "crime of violence" under § 3142(g), further supporting detention. *See, e.g.*, *United States* v. *English*, 629 F.3d 311, 322 (2d Cir. 2011) (upholding district court's denial of bail for defendant charged with violations of 21 U.S.C. § 846 and 18 U.S.C. § 924(c)).

Accordingly, in addition to the presumption in favor of detention that applies here, the nature and circumstances of this offense strongly favor detention.

Moreover, the nature and circumstances of Lewis's offenses also demonstrate that, if bailed, his return to court cannot be assured. Lewis is facing a mandatory minimum sentence of twenty years and a maximum sentence of life. A defendant's incentive to flee is particularly acute where the evidence against the defendant is strong and the penalties are severe. *United States* v. *Sabhnani*, 493 F.3d 63, 76 (2d Cir. 2007) (when evidence of a defendant's guilt is strong, and when the sentence of imprisonment upon conviction is likely to be long, a defendant has stronger motives to flee). Here, as discussed below, the evidence against the defendant is strong, and he faces extraordinarily serious penalties. Indeed, it is unsurprising that some of Lewis's co-defendants have already chosen to flee rather than face the charges against them: At this time, there are several charged defendants in this case and the corresponding BMB case who remain fugitives.[1]

2. The Weight of the Evidence

The evidence of Lewis's criminal conduct is strong, leading from the founding of the gang up until March 2016, less than two months ago, when he was intercepted on a wiretap talking about gang norms, violence, and drug dealing with the leader of the gang, Laquan Parrish, a/k/a "Mad Dog," a/k/a "Quanzaa." In particular, cooperating witness testimony will show that Lewis is one of the original, core members of 2Fly, that he committed violence with the gang, and that he instigated violence between 2Fly and gang rivals. Lewis's violence on behalf of 2Fly included his participation in a 2013 shooting at BMB members, during which Lewis's co-defendant Elijah Brown, a/k/a "Lil Eli," was the shooter, in the vicinity of Boston Road in the Bronx. After the shooting, BMB members came to ECG to retaliate against 2Fly and shot at the defendant. Indeed, the defendant was shot at, and slashed in the face, on occasions in addition to this incident by BMB members or associates as part of that war. For

---

[1] The Government's investigation into both gangs is ongoing. The Government expects to seek a Superseding Indictment in the 2Fly case charging certain defendants with multiple acts of violence in aid of racketeering, including murders in aid of racketeering, conspiracies to commit murder in aid of racketeering, and assaults and attempted murders in aid of racketeering, among other offenses. Should the defendant be charged in a Superseding Indictment, he could face additional serious penalties, increasing the risk of flight.

example, in about 2012, the defendant instigated gang rivals to come to 2Fly's territory at ECG. The rivals did so and found Lewis and other 2Fly members. During the course of the incident, during which Lewis had a gun, gang rivals shot at Lewis, but did not hit him. On another occasion, after Lewis assaulted a gang rival at a party, the rivals hunted for Lewis, found him, and slashed him in the face. Cooperating witness testimony will also show that Lewis received orders to commit violence on behalf of 2Fly directly from Andre Bent, a/k/a "Dula," one of the leaders of 2Fly, and that Lewis lent a .22 caliber gun he possessed to others.

The defendant's participation in these violent incidents is corroborated in a series of calls intercepted pursuant to a judicially-authorized wiretap on the telephone of Parrish, the leader of 2Fly. In one call, on March 21, 2016, Lewis asked Parrish if he remembered "the shooting on B Road"—a reference to Lewis's participation in the Boston Road shooting described above. Lewis, distinguishing himself from another member of 2Fly, told Parrish that in connection with the shooting, he was in a position to cooperate with law enforcement, but did not do so. (Exhibit A, at 57). Lewis, therefore, has recently reaffirmed his commitment to the gang's anti-snitching policy.

Lewis also recently admitted in an intercepted call to having a gun in his "crib," *i.e.*, his apartment or house, and causing it to be moved in order to avoid seizure by the police. In the same March 21, 2016, call with Parrish, Lewis recounted how the police came to the door of "the crib that [Lewis] had" and pushed him inside "[Lewis's] room," and showed him a warrant. (Exhibit A, at 48-49). Lewis told Parrish that he had a feeling the police were coming before they arrived, so "there was no gun, Nana moved everything. Everything got moved because I felt them coming, bro." (Exhibit A, at 48-49). Based on the context of the call including Lewis's discussion of "Slim," we believe that Lewis was describing to Parrish the arrest of fellow 2Fly member Sean McIntosh, a/k/a "Slimmy," on February 22, 2016, in North Syracuse, New York.[2]

In intercepted calls, Lewis also counseled Parrish on 2Fly's operations and expressed his hope that members of the gang would commit violence or other crimes for 2Fly. In the same March 21, 2016 call, Lewis told Parrish that other members of the gang were getting robbed or attacked and were not doing anything about it ("These n****s just got hit . . . these n****s were getting hit day by day by day and didn't do shit until this day!"). Lewis said that when he "got cut in my face . . . we went to war for that s**t," *i.e.*, when he was slashed by BMB members, as described above, Lewis and 2Fly retaliated with violence against BMB. Lewis complained that while he had something to lose now and did not want to go jail, the other members of 2Fly "who got hit got nothing to lose and still won't do a drill," *i.e.*, won't retaliate or commit a crime on behalf of 2Fly. Lewis told Parrish that the only people "doing something" for 2Fly were "you and me." Finally, Lewis expressed his hope that when Bent was released, he would "line[] n****s up and slap n****s in their faces down the line," to encourage them to

---

[2] The Government initially believed that McIntosh was arrested in Lewis's apartment in Bridgeport, Connecticut, based on Lewis's description of the police coming to his "crib" in the above-described intercepted call. The Government has since learned that McIntosh was arrested in North Syracuse, New York. Regardless of the geographical location of the incident, it is plain that Lewis admitted to Parrish that a gun was in his "crib" shortly before the police came. (Exhibit A, at 48-49).

commit violence or other crimes for 2Fly, because "that is what I would do . . . I am not going to lie . . . I would balm n****s."  (Exhibit A, at 44-45).

Over the course of approximately ten wiretapped calls with Parrish in March 2016 alone, Lewis also discussed other crimes, including: (a) that Lewis had to "rough up niggas" on 241st Street, which is fewer than ten blocks north of BMB's primary territory in the Bronx (Exhibit A, at 2); (b) that Lewis "had to rob some n****s" to get $50 back (Exhibit A, at 37); (c) Parrish's offer to bring a large amount of marijuana to Lewis at college, and Lewis's statement that an "onion," a code word for an ounce of marijuana, sells at his college "for like six hundred dollars" (Exhibit A, at 8-9, 12-13); and (d) that Lewis would "never do a crime" with McIntosh—not because Lewis has stopped committing crimes—but because McIntosh would "rat" on him (Exhibit A, at 57).

The defendant's social media postings confirm that he has continued his membership in 2Fly.  In or about 2016, the defendant posted a photograph on his Instagram account ("@bboboyz") in which he is making what appears to be a sign with his hands in which the pinkie and ring fingers are held out to form a "Y" and in which the middle finger, index finger, and thumb connect to form a "G" with the back of the hand presented to the camera ("SIGN-1").  Based on the investigation, we believe that SIGN-1 signifies affiliation with the YGz, the broader gang of which 2Fly is a subset.  Additionally, in December 2015, the defendant posted a photograph of himself and Parrish, in which both the defendant and Parrish are making SIGN-1, and in which Lewis refers to Parrish (whose user name is "@2flymaddeezy," a reference to 2Fly) as his "best friend."  (See Exhibit B).

In light of all of the above evidence that the defendant is a core member of 2Fly, has committed violence on behalf of the gang, and continues to counsel the leader of the gang regarding violence by other 2Fly members, the strength of the evidence in this case weighs strongly in favor of detention.

3.  The History and Characteristics of the Defendant

Lewis's history and characteristics also strongly favor detention.  As discussed above, Lewis is a core member of 2Fly who—in his own words—"went to war" with 2Fly against rival gangs.  Lewis carried guns, lent guns to others, and incited violence between 2Fly and its rivals.  Based on all of the evidence against the defendant, it is clear that Lewis's criminal history record does not accurately reflect his history and characteristics; rather, it reflects that he has not been caught committing crimes until now.

Lewis's attempts to claim that he has ceased involvement with 2Fly since moving from the Bronx to Bridgeport, Connecticut are belied by the intercepted calls discussed above that show he remains one of the closest confidants of the leader of 2Fly and encourages the gang to commit violence against its rivals.  Any claim by Lewis that he is no longer a threat because he has moved to Bridgeport is further contradicted by the fact that he reported moving to Bridgeport in 2012, before the 2013 shooting on Boston Road, which demonstrates that he is willing and able to return to the Bronx to commit violence with 2Fly.  Lewis's recent possession of a gun, and his commission of assaults, robberies, and involvement with drugs discussed on the intercepted calls only further emphasizes the danger he continues to pose.

4. The Nature and Seriousness of the Danger to Any Person or the Community

Finally, the fourth factor also weighs strongly in favor of detention. Given Lewis's history of violence, the evidence that he remains in close communication with the leader of 2Fly and other 2Fly members, and his recent possession of a gun, his demonstrated dedication to 2Fly makes him a serious danger to the community. The Court can have no assurance that the defendant is not still available to commit and cause others to commit additional violence on 2Fly's behalf.

Additionally, especially now that Lewis is aware of the charges against him and against other members of 2Fly and that those charges stem in large part from witness testimony, no conditions of bail can reasonably be expected to deter Lewis if he were released from efforts to intimidate witnesses, consistent with 2Fly's policy against cooperating with law enforcement.

In light of the defendant's history of violent conduct, his role as a core member of 2Fly, and his continued support of and counsel to members of 2Fly, the nature and seriousness of the danger to the community weighs strongly in favor of continued detention.

**IV. Conclusion**

For the foregoing reasons, Lewis cannot overcome the statutory presumption that he be detained pending trial.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Drew Johnson-Skinner
Drew Johnson-Skinner
Rachel Maimin
Micah W.J. Smith
Hagan Scotten
Jessica Feinstein
Assistant United States Attorneys
(212) 637-1587

cc:  Julie Rendelman, Esq. (by electronic mail)
     Pretrial Services (by electronic mail)

# EXHIBIT A

# Linesheet

## Selection Criteria

Line: 347-896-3117
'User Defined:
All Digits contains 3233' filter applied
'Sel. clas.:
Classification is [Pertinent]' filter applied

## Report Comments:

| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
| --- | --- | --- | --- |
| **Session:** 3358 | **Date:** 03/13/2016 | **Start Time:** 13:50:25 EDT | **Duration:** 00:15:07 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Outgoing |
| **Participants:** | | **Out Digits:** 16464233233 | |
| Unknown | | | |

## Synopsis

OUTGOING CALL TO: (646) 423-3233
UM SAYS HE WAS LOOKING FOR LAQUAN'S NUMBER REAL HARD.
UM SAYS IT IS HARD BUT UM IS DOING STUFF OUTSIDE.
LAQUAN SAYS HIM TOO BUT LAQUAN IS GETTING SOME CASH.
LAQUAN SAYS HE WANTS TO COME UP TO SEE UM BECAUSE LAQUAN HAS A LITTLE
SITUATION.  UM SAYS HE WILL GET THROUGH THIS.
SOCIAL CONVERSATION ABOUT DAY DAY
[ASIDE: UM SPOKE WITH THIRD PARTY FEMALE].
UM SAYS HE SAW CITO AND WAS TALKING ABOUT A PERSON IN THE MOVIE IN THE WIRE.
UM SAYS THE NIGGA LOOKED LIKE MAD DOG [LAQUAN] AND ACTS LIKE MAD DOG
[LAQUAN] .
SOCIAL CONVERSATION ABOUT THE ACTOR WHO LOOKS LIKE LAQUAN AND UM TRYING
TO REACH LAQUAN ABOUT THE ACTOR.
CALL MINIMIZED @ 13:54:30
SPOT CHECKED @ 13:56:33
SOCIAL CONVERSATION ABOUT PLANS FOR THE SUMMER.
SOCIAL CONVERSATION ABOUT NIGGAS ON SOCIAL MEDIA WHO THINK THEY ARE BETTER
THAN UM AND LAQUAN
CALL MINIMIZED @ 13:57:42
SPOT CHECKED @ 14:00:01
UM SAYS HE IS GOING TO SEE IF THE THIRD PARTY MALE POSTED HIS STUFF AND UM
GETTING PERSONS TOGETHER FOR HIS TOURNAMENT.  UM SAYS HE IS NOT SCARED AND
UM HAD TO ROUGH UP NIGGAS ON 241ST.

| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
|---|---|---|---|
| **Session:** 3358 | **Date:** 03/13/2016 | **Start Time:** 13:50:25 EDT | **Duration:** 00:15:07 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Outgoing |
| **Participants:** | | **Out Digits:** 16464233233 | |
| Unknown | | | |

SOCIAL CONVERSATION ABOUT PUTTING A TOURNAMENT TOGETHER.
CALL MINIMIZED @ 14:01:20
SPOT CHECKED @ 14:03:20
SOCIAL CONVERSATION ABOUT NIKO AND NIKO DOING TOO MUCH.  UM SAYS NIKO NEEDS
TO BE SMART LIKE HIM AND CHILL.
SOCIAL CONVERSATION ABOUT HOW NIKO COPIES UM.
CALL MINIMIZED @ 14:04:15
CALL ENDS DURING MINIMIZATION.
SB: AGOLDING

**Comments**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** | |
| **Session:** 3560 | | **Date:** 03/15/2016 | | **Start Time:** 13:32:08 EDT | | **Duration:** 00:05:55 |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** Outgoing |
| **Participants:** | | | | **Out Digits:** 6464233233 | | |
| | Unknown | | | | | |

## ICE Word transcript v2

Homeland Security Investigations
U.S. Department of Homeland Security

CASE:  2Fly                                              TARGET NO.: 347-896-3117
SESSION: 3560

| | |
|---|---|
| CASE NAME: | 2Fly ECG-BRONX, NY |
| CASE NO.: | NY36BR15NY0010 |
| TARGET NAME: | 347-896-3117 |
| TARGET: | 347-896-3117 |
| SESSION: | 3560 |
| DURATION: | 00:05:55 |
| SESSION DATE: | Tuesday, March 15, 2016 |
| SESSION START TIME: | 13:32:08 EDT |
| ASSOCIATE DN: | 646-423-3233 |
| DIRECTION: | Outgoing |
| LANGUAGE | English |
| PARTICIPANTS: | Laquan Parrish aka Mad Dog |
| | UM3233 [Unidentified Male] FNU LNU aka Murda |
| TRANSCRIBED BY: | A. Wiles |
| REVIEWED BY: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case:** 2Fly | | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** |

**Session:** 3560      **Date:** 03/15/2016      **Start Time:** 13:32:08 EDT      **Duration:** 00:05:55

**Monitored By:**      **Classification:** Pertinent      **Complete:** Completed      **Direction:** Outgoing

**Participants:**      **Out Digits:** 6464233233

         Unknown

ABBREVIATIONS:
        [UI] –     UNINTELLIGIBLE                 [SIC] – SPOKEN INCORRECTLY
[PH] – PHONETIC                      [    ] – TRANSCRIBER NOTES

[BEGINNING OF CALL]

[PHONE RINGING]

[BACKGROUND: UF: [Are] you ready? UM: Yeah, forget the country code.  UF:  Oh.  Okay, I did that.]

MURDA:
Yo.

PARRISH:
Flack [U/I]

MURDA:
What's up bro?

PARRISH:
[U/I] new.  What's up brosky [PH]?

MURDA:
I spoke to your boy, you heard.

PARRISH:
Who [are] you talking about?

MURDA:
He will host the joint to stop the violence shit.  Up here first.  To see how it goes and then we are

| Case: 2Fly | Target: 347-896-3117 | Line: 347-896-3117 | File Number: |
|---|---|---|---|
| Session: 3560 | Date: 03/15/2016 | Start Time: 13:32:08 EDT | Duration: 00:05:55 |
| Monitored By: | Classification: Pertinent | Complete: Completed | Direction: Outgoing |
| Participants: | | Out Digits: 6464233233 | |
| Unknown | | | |

going to move to the town with it.
PARRISH:
Oh, you spoke to um…
MURDA:
Brey [SP]
PARRISH:
British nigga?
MURDA:
Yes.
PARRISH:
He said what, what you all go [going] to do?
MURDA:
We go [are going]… he go [is going] to host the joint, feel [understand] me. And then we [are] going to move…we are going to the town with it. That's just one, I'm going to get to them, bro but as you know I have to start somewhere.
PARRISH:
Hold on. So, what do you want? You talking about son, you pay him?
MURDA:
Nah. He just say he would.
PARRISH:
He knows what's up. It better not be none of that.
MURDA:
You know, at first I was like, yo I will give you some cash, but he didn't asked for no [any] cash.
PARRISH:
Yo, bro. It's not supposed to be like that, let him know ah-ha, I'm with Gees ah-ha at the end of the day. [U/I] [VOICES OVERLAP]
MURDA:
I sent him a picture with me and… [VOICES OVERLAP]
PARRISH:
[U/I] out here.

| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** |
|---|---|---|---|---|---|
| **Session:** 3560 | | **Date:** 03/15/2016 | **Start Time:** 13:32:08 EDT | | **Duration:** 00:05:55 |
| **Monitored By:** | | **Classification:** Pertinent | **Complete:** Completed | | **Direction:** Outgoing |
| **Participants:** | | | **Out Digits:** 6464233233 | | |
| | Unknown | | | | |

MURDA:
I sent him a picture with me and this nigga um… Cry Baby.
POSITION: 13:33:28 TO 13:34:12 SOCIAL CONVERSATION REGARDING ENTERTAINER CRY BABY THE DANCER FOR THE EVENT MURDA IS PLANNING.
MURDA:
The other people out here like…They are not trying to help him, bro.  He is gunning, actually gunning bro. [U/I] [VOICES OVERLA]
PARRISH:
Bo, bo, bo.  I'm just trying to re-up, when I re-up, about to re-up ah-ha.  You feel [understand] me.  Because I ain't go [going] to lie.  Nigga, I'm walking around here with some chicken [money] on me.  Niggas is [are] probably calling niggas, "yo Mad Dog [U/I]. You know how bitch ass niggas stay [are]
MURDA:
Yeah.
PARRISH:
But nigga when I…Nigga, when I re-up bro, ah-ha, feel [understand] me.  I'm going to put shit in, man.  I'm going to definitely going to put shit in. [VOICES OVERLAP]
MURDA:
When you got [have] it, that's for sure.  Keep doing what you [are] doing [VOICES OVERLAP]
PARRISH:
I'm going to get this shit.  Nigga.  Bro, right now? Yo, my pops is ah-ha, bro.  You feel [understand] me.
MURDA:
He is wilding?
PARRISH:
Nigga, he is the one who taught me this shit, you heard.
MURDA:
You said, and he won't talk to you?
PARRISH:
The old pro with some dope, it's like…What the fuck?  He the one who ah-ha.  Feel [understand] me.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** | | | |
| **Session:** 3560 | | **Date:** 03/15/2016 | | **Start Time:** 13:32:08 EDT | **Duration:** 00:05:55 | |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | **Direction:** Outgoing | |
| **Participants:** | | | **Out Digits:** 6464233233 | | | |
| Unknown | | | | | | |

MURDA:
And you messed it up?
PARRISH:
Huh?
MURDA:
You messed it up?
PARRISH:
Oh, no nigga.  I'm flowing.  Nigga, I got…you know [understand] what I'm saying.  I got [have] mad…Nigga [U/I].  Ask niggas who the dude that domain in the hood.  You feel [understand] me [U/I] [VOICES OVERLAP]
MURDA:
[U/I] [U/I]
PARRISH:
We sell the niggas eights [8s], sell the niggas quarters [¼], all that, you feel [understand] me.  I had a…I had like a little bit more.  [HISSES]  I had like a half a pound [½ lb], you feel me.
MURDA:
[U/I] like, bring it the house [U/I].
PARRISH:
Yo, shut up, man.  I'm going to bring you some because I'm trying [VOICES OVERLAP]
MURDA:
Alright.
PARRISH:
…to make sure you eat [make money].  I'm going to leave you off with like a…I can leave you a QP [Quarter Pound] and then come back to the town and then… [VOICES OVERLAP]
MURDA:
You know I don't [U/I] need all that bro, you know that bro.  I need [U/I] yo like.
PARRISH:
Yo bro, you talking about a…Yo bro, bro.  Flack. Niggas cop eights [8s] now, bro.  Niggas will cop dimes still, you feel [understand] me.  But niggas cop eights [8s], heavenly ah-ha, feel [understand] me, bro.  Like…You talking about… [VOICES OVERLAP]
MURDA:

| Case: | 2Fly | Target: | 347-896-3117 | | Line: | 347-896-3117 | | File Number: | |
|---|---|---|---|---|---|---|---|---|---|
| Session: | 3560 | | | Date: | 03/15/2016 | Start Time: | 13:32:08 EDT | Duration: | 00:05:55 |
| Monitored By: | | | Classification: | Pertinent | | Complete: | Completed | Direction: | Outgoing |
| Participants: | | | | | | Out Digits: | 6464233233 | | |
| | Unknown | | | | | | | | |

Bro, I'm in college, bro.
PARRISH:
…do an ounce or something.
MURDA:
I'm in college.
PARRISH:
You need weed [marijuana]
MURDA:
A bag of um…a fucking onion, for like… I'll buy an onion for like Six Hundred Dollars ($600), bro. You understand? They [are] going to buy it. You crazy.
PARRISH:
Alright, bet. Alright, alright, alright. How about this, how about this. How about this? I'm going to have my situation by ah-ha, you feel [understand] me.
MURDA:
[U/I] bro. [INAUDIBLE] keep doing [U/I] [VOICES OVERLAP]
PARRISH:
No, no [U/I], I'm going to have my shit before this week. You heard. I'm trying to re-up by this weekend.
MURDA:
So, ah-ha man like…What's up?
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:

| | | | |
|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
| **Session:** 3560 | **Date:** 03/15/2016 | **Start Time:** 13:32:08 EDT | **Duration:** 00:05:55 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Outgoing |
| **Participants:** | | **Out Digits:** 6464233233 | |
| Unknown | | | |

MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:

| Case: | 2Fly | Target: | 347-896-3117 | Line: | 347-896-3117 | File Number: | |
|---|---|---|---|---|---|---|---|

| **Session:** 3560 | | **Date:** 03/15/2016 | **Start Time:** 13:32:08 EDT | **Duration:** 00:05:55 |
|---|---|---|---|---|

**Monitored By:** **Classification:** Pertinent **Complete:** Completed **Direction:** Outgoing

**Participants:** **Out Digits:** 6464233233

Unknown

MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
[END OF CALL]

## Synopsis

OUTGOING CALL TO: 646-423-3233
LAQUAN CALLS UM3233
[BACKGROUND: YEAH, FORGET THE COUNTRY CODE.  UF:  I DID THAT.]
LAQUAN SAYS WHAT'S UP BROSKY [PH]

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 3560 | | **Date:** 03/15/2016 | **Start Time:** 13:32:08 EDT | **Duration:** 00:05:55 | |
| **Monitored By:** | **Classification:** Pertinent | | **Complete:** Completed | **Direction:** Outgoing | |
| **Participants:** | | | **Out Digits:** 6464233233 | | |
| Unknown | | | | | |

UM TELLS LAQUAN HE SPOKE TO HIS BOY.  LAQUAN ASK WHAT HE TALKING ABOUT.  UM SAYS HE [NFI] IS GOING TO HOST THE JOINT TO STOP THE VIOLENCE UP HERE FIRST, THEN UP HERE FIRST TO SEE HOW IT GOES, THEN MOVE TO THE TOWN WITH IT.
LAQUAN ASK IF UM SPOKE TO BRITISH NIGGA AND UM SAYS YES.  UM SAYS HE WILL GET TO HIM [POSS. BRITISH NIGGA] AND UM HAVE TO START SOMEWHERE.
LAQUAN ASK WHAT UM WANTS, HE IS TALKING ABOUT SOME [U/I].  UM SAYS NO, HE SAID HE IS READY.  LAQUAN SAYS HE [POSS. BRITISH NIGGA] KNOWS WHAT'S UP, HE BETTER NONE OF THAT [NFI]. UM SAYS HE TOLD HIM [POSS. BRITISH NIGGA] HE WOULD GIVE HIM CASH, HE DID NOT ASK FOR ANY CASH.  LAQUAN TELLS UM TO LET HIM [POSS. BRISH NIGGA] KNOW AH-AH, NO G'S AH-AH AT THE END OF THE DAY.
LAQUAN ASKS UM IF THEY FIGURE OUT WHAT THEY ARE GOING TO DO.  UM TELLS LAQUAN HE HAS DJ'S STUFF AND NOBODY KNOWS BUT HIM [UM].
CONVERSATION OF 105.1 RADIO SHOW.  LAQUAN SAYS HE WILL PUT OUT FLYERS. LAQUAN TELLS UM HE IS JUST TRYING TO RE-UP AND HE WILL BE WALKING AROUND WITH SOME CHICKEN ON HIM [LAQUAN].  LAQUAN SAYS NIGGAS  WILL BE CALLING NIGGAS SAYING MAD DOG UP...  LAQUAN SAYS WHEN HE RE-UP HE IS GOING TO PUSH IT IN. UM TELLS LAQUAN TO KEEP DOING WHAT HE IS DOING.
LAQUAN TELLS UM HIS POPS IS AH-AH [SIC].  LAQUAN SAYS HIS POPS IS THE ONE WHO [U/I] ME THIS SHIT, THEN SAYS THE OLD [U/I] SOME DOPE.  UM ASKS LAQUAN IF HE [LAQUAN] MESSED UP IS POPS THINGS AND LAQUAN TELLS UM NO, HE IS FLOWING. LAQUAN SAYS HE HAVE MAD... HE ASK NIGGAS TO DO THE DOPE [U/I] IN THE HOOD. LAQUAN TELLS UM HE HAD LIKE A HALF A POUND.  LAQUAN TELLS UM HE WANTS TO LEAVE HIM A QP AND COME BACK  TO THE TOWN.  LAQUAN SAYS NIGGAS STILL BUY EIGHTS AND DIMES.
UM SAYS, I'M IN COLLEGE, THEN SAYS HE BUYS A BAG OF ONIONS FOR LIKE SIX HUNDRED (600). UM TELLS LAQUAN THEY ARE GOING TO BUY IT.
LAQUAN TELLS UM HE WILL HAVE HIS SITUATION BEFORE THIS WEEKEND AND HE WILL COME OUT THERE AND CHILL FOR THE WEEKEND.  LAQUAN TELLS UM NOW THAT HE HAS HIS WIFE IN THE CRIB THINGS ARE DIFFERENT.  LAQUAN TELLS UM THEY WON'T BE ABLE TO DO WHAT THEY WANT TO AND UM TELLS LAQUAN SHE KNOWS THAT SHE NEEDS TO STAY OUT OF HIS WAY.
UM TELLS LAQUAN HE IS NOT EVEN SMOKING AND LAQUAN TELLS UM HE IS ON THE SAME THING.  UM TELLS LAQUAN HE JUST WANTS TO GET MONEY.  UM TELLS LAQUAN IF

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** | |

| | | | |
|---|---|---|---|
| **Session:** 3560 | **Date:** 03/15/2016 | **Start Time:** 13:32:08 EDT | **Duration:** 00:05:55 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Outgoing |
| **Participants:** | | **Out Digits:** 6464233233 | |
| Unknown | | | |

HE GET WITH HIM HE KNOW THAT HE CAN DO IT.  LAQUAN TELLS UM HE WILL SMOKE IF THE WEED IS JUST SITTING THERE.  UM AGREES.
UM TELLS LAQUAN HE IS GOING TO CALL HIM BACK WHEN HE LEAVE THAT PLACE.
LAQUAN TELLS UM HE IS TO DO HIS THING AND MAKE SURE AND CALL HIM.  UM ACKNOWLEDGES.
END OF CALL
SB: A. WILES
RB: R. HUNTLEY

**Comments**

| Case:  2Fly | Target:  347-896-3117 | Line:  347-896-3117 | File Number: | |
|---|---|---|---|---|
| Session:  3633 | Date:  03/15/2016 | Start Time:  20:15:34 EDT | Duration:  00:46:45 | |
| Monitored By: | Classification:  Pertinent | Complete:  Completed | Direction:  Outgoing | |
| Participants: | | Out Digits:  6464233233 | | |
| Unknown | | | | |

## Synopsis

OUTGOING CALL TO:  646-233-3233
LAQUAN TO UM3233
LAQUAN ASKS UM WHO SPOKE TO SLIM PH  AND UM SAYS HE WILL  WILL BE COMING
HOME SOON LIKE  TOMORROW OR THE NEXT DAY.  UM SAY HE DID NOT SPEAK TO HIM
[POS SLUM] BUT U/I HAD CALLED HIM THREE WAYS AND HE MISSED THE CALL. UM SAYS
WHEN HE TRIED TO TALK TO THIS NIGGA THEY KEPT SEEING SOME SHIT ABOUT SOME
CARDS AND HE DID NOT HAVE THAT SHIT AT THE  TIME  AND HE COULDNT ... AND WHEN
THEY TRIED TO HOOK IT UP IT WOULDNT WORK. LAQUAN ASKS IF BRAD COULD DO THAT
AND UM  SAYS HE COULD NOT HOOK IT UP. UM SAYS  HE WOULD TRY IT BUT IT WOULD
TAKE LIKE TWENTY MINUTES AND BY THE TIME HE GOT CLOSE TO THE SHIT HE HANG UP.
LAQUAN SAYS BECAUSE  ITS FIVE OF THE THAT IS ALL THE TTHE TIME THEY HAVE.
LAQUAN SAYS 20 MINUTES IN JAIL IS A LONG TIME  ON THE PHONE.
SOCIAL CONVERSATION  ABOUT NOT BEEN ABLE TO HOOK IT UP [POS CALLING CARD]
CONVERSATION ABOUT 20 MINUTES  IS ALL THE TIME THEY HAVE TO TALK IN JAIL.
UM SAYS THAT NIGGA [NFI]  BETTER COME OUT HERE WITH SOME OTHER SHIT BECAUSE
HE [UM] IS NOT DOING TOO MUCH. LAQUAN AGREES.  UM SAYS  HE IS NOT GOING TO
ALLOW THIRD PART TO COME OUT AND DRAG HIM BACK IN SOME BULLSHIT  LIKE
"PLEASE DO THIS AND THAT"  THE THIRD PARTY HAVE TO PUT IN SOME WORK.  UM  SAYS
THIRD PARTY THINK HE IS GOING TO COME OUT OF JAIL AND COME UP HERE ON SOME
WASTE U/I AND ITS NOT GOING TO HAPPEN. UM SAYS IF THIRD PARTY DOES NOT GET HIS
SHIT TOGETHER ... UM SAYS HE HAS A LOT TO HANDLE AND IT IS STRESSING HIM OUT. UM
SAYS HE NEEDS THIRD PARTY TO BE ON HIS SHIT.
SOCIAL CONVERSATION  ABOUT THE NIGGA IS GETTING 3O THOUSAND VIEWS AND THEY
ARE ONLY GETTING HALF A MILLION VIEWS. UM SAYS  U/I GOT A HALF A MILLION VIEWS.
LAQUAN ASKS IF HE IS ON WORLD STAR AND UM SAYS YES.  UM SAYS  THE U/I PUT HIS
SHIT ON THE BIG SCREAM LIKE WHEN YOU FIRST GET ON LINE. UM SAYS THIS SHIT IS
MAKING HIM SWEAT.
LAQUAN  TELLS UM THAT THEY WILL BE DOING IT THIS SUMMER.  LAQUAN SAYS  THEY ARE
THROWING GAME OUT AGAINST  PIFFY [PH] AND THE NIGGAS, DECEASED [PH] , FATTY BOY
WHO HE HAS A TOURNMENT WITH , U/I BOYS ARE GOING TO BE THERE. BIGGS NIGGAS
WHO ARE NOW POPPING.
UM ASKS HOW DO THEY GET IN CONTACT WITH THEESE NIGGAS AND LAQUAN SAYS  HE
WILL HOLLA AT JOHNNY [PH] NIGGAS TO SEE WHATS UP.  HE'LL HOLLA AT POE [PH] AND
THEM NIGGAS TO SEE WHATS UP.  UM SAYS HE IS NOT DIGGING LAQUAN BOY, POE.

| Case: 2Fly | Target: 347-896-3117 | Line: 347-896-3117 | File Number: |
| --- | --- | --- | --- |

| Session: 3633 | Date: 03/15/2016 | Start Time: 20:15:34 EDT | Duration: 00:46:45 |
| --- | --- | --- | --- |
| Monitored By: | Classification: Pertinent | Complete: Completed | Direction: Outgoing |
| Participants: | | Out Digits: 6464233233 | |
| Unknown | | | |

LAQUAN SAYS POE KNOWS WHATS UP.  LAQUAN SAYS THEY CANNOT THROW ALL THEIR SHIT AT CT THIS SUMMER.  SUMMERTIME HE WANTS TO BE GLOBAL EVERYWHERE.  UM SAYS HE DOES NOT DO ANYTHING IN THE SUMMER WITH CT. LAQUAN SAYS HE IS SAYING IN GENERAL.
UM SAYS HE IS TRYING TO COME DOWN THERE WITH THIS FAMOUS DEXTER AND HE [UM] DOES NOT KNOW WHERE TO GO. UM SAYS CRANBURY GOT DAZZLE [PH]  LIKE ITS HIS NOW.

[ASIDE: LAQUAN SAYS G'S WHATS GUNNING. LAQUAN ASKS UNKNOWS IF HE CANT GIVE HIM [LAQUAN ] 10 CASH.] LAQUAN SAYS NIGGA CANT PAY YOU FOR YOUR WHOLE SHIT.
UM SAYS THAT MAN PUT UP HIS VIDEO ON WORLD STAR AND THEY ARE THERE LOOKING LIKE SITTING DUCKS.
[ASIDE:  LAQUAN  TELLS UNKNOWN ABOUT WORLDSTAR AND BIG SCREEN AND IT GOT HALF A MILLION VIEWS.  UM IN THE BACKGROUND CAN BE HEARD ASKING FOR A NICK]
JIGGA SPEAKS TO UM
SOCIAL CONVERSATION   ABOUT BOTH MEN NOT SEEING  EACH OTHERE. UM SAYS HE IS TRYING TO HANG IN THERE. JIGGA SAYS THEY WILL HAVE TO HAVE 2012 AGAIN, LIT.
JIGGA SAYS THEY HAVE TO HAVE THEIR THINGS LIT.  UM ASKS JIGGA FOR HIS ADVISE. UM SAYS  HE RESPECTS JIGGAS THINKING. UM SAYS HE IS OUT THERE WORKING WITH ONE BRAIN AMD HE DOES NOT KNOW WHAT TO DO.  UM SAYS HE HAS BEEN TRYING TO CALL MADDOG .
UM ASKS WHAT SHHOULD THEY DO FOR ENTERTAINMENT AND JIGGA SAYS  HE DOES NOT KNOW BUT NIGGA ARE NOT TOGETHERE  THE WAY THEY USED TO BE. UM AGREES.
JIGGA  SAYS  EVERYBODY  ARE DOING THEIR OWN THING.  UM SAYS HIM AND AND MADDOG  AND JIGGA WIILL HAVE STICK TOGETHER AND THEY WILL HAVE TO TRY AND TAKE OVER THE VALLEY AT LEAST FOR A DAY....SOME ROCOPARK SHIT.  UM SAYS  THEY WILL HAVE TO AT LEAST TRY.
UM SAYS HE IS COMING DOWN AND THEY WILL LINK UP AND  GO OUT TOGETHER  AND THEY ARE ON SOME SHIT WHERE THEY HAVE MONEY.  UM SAYS NIGGAS ARE BLOWING THEM OUT. JIGGA SAYS HE IS TRYING TO TELL NIGGAS THAT. UM SAYS HE IS ON THE OUTSIDE LOOKING IN AND THEY ARE LOOKING BAD.

UM SAYS THEM NIGGAS HAVE NO MONEY.  NICO HAS NO MONEY JIGGA AGREES WITH UM ABOUT NIGGAS BEING BROKE.  JIGGA HAVE MORE MONEY THAN NIKO WHO ONLY HAS 3 SNEAKERS.  JIGGA AGREES AND SAYS THOSE NIGGAS HAVE NO MONEY ALTHOUGH THEY ARE POPULAR. THE WAY THEY WERE.  UM SAYS  THEY ITS MORE HYPE OVER TALENT.

| Case: 2Fly | | Target: 347-896-3117 | | Line: 347-896-3117 | File Number: | |
|---|---|---|---|---|---|---|

**Session:** 3633        **Date:** 03/15/2016        **Start Time:** 20:15:34 EDT      **Duration:** 00:46:45

**Monitored By:**        **Classification:** Pertinent        **Complete:** Completed      **Direction:** Outgoing

**Participants:**        **Out Digits:** 6464233233

      Unknown

JIGGA SAYS THEY HAVE NO SONGS AND NO ONE IS LISTENING TO THEM. UM SAYS HE IS NOT GOING GIVE UP. UM SAYS THEY ARE BEEN VOTING FOR FOR MOST POPULAR GROUP IN SOME GHETTO U/I. UM SAYS NIGGAS ARE VOTING FOR THEM BUT THE ARE LOSING BAD. UM SAYS HE DOES NOT THINK MAD DOG EVEN KNOW THAT THEY ARE UP FOR BEST GROUP EVEN THOUGH THEY HAVE NOT BEEN TO THE CLUB IN YEARS. UM SAYS 2FLY AND FLO CITY AND THEY ARE WINNING BY A LOT.
UM SAYS HE IS NOT GOING TO GIVE UP AND HIS FRIEND USED TO MAKE FUN OF HIM THAT HE IS A NIGGA THAT NEVER WANT TO GIVE UP. UM SAYS HE IS NOT QUITTING AND CANT QUIT BECAUSE TOO MANY NIGGAS WENT TO JAIL AND DIE SO THEY CANT QUIT.
UM SAYS THEY WILL HAVE TO GET ON SOMETHING EVEN ITS LOVE AND HIP HOP OR SOMETHING. JIGGA TELLS UM HE HAS TO PUT THAT IN SLIMS HEAD BECAUSE HE DOES NOT WANT ANYTHING. UM SAYS HE HAD TO CRUNCH THE NIGGA THE OTHER DAY BECAUSE HE CAME UP AND BROKE HIS [UM] WASHING MACHINE AND HAD UPSTAIRS FLOWING LIKE THE SEWER. THE THIRD PARTY COMPLAINS THAT IT IS NOT HIS FAUT AFTER ALMOST BURNING DOWN UMS CRIB.
CALL MINIMIZED
CONVERSATION CONTINUES ABOUT UM TALKING OVER AND NOT QUITING. UM SAYS HE WANTS TO STAY CURRENT AND WILL NOT QUIT. UM ENCOURAGE JIGGA TO HOLD HIS UP HEAD HEAD.
UM TO MADDOG
CONVERSATION ABOUT NIGGAS DRIVING X6 4-5 YEARS AGO AND UM WONDERS WHAT DOES THE NIGGAS HAVE. UM SAYS THEY ARE THE ONES WHO PUT THE NIGGAS OUT AND NOW THEY ARE PULLING UP IN X6'S. UM QUESTIONS WHAT DO THE NIGGAS HAVE THAT THEY DONT. AND WHAT ARE THEY DOING WRONG. SOCIAL CONVERSATION ABOUT THE SONG THEY MADE.
CALL MINIMIZED
CONVERSATION CONTINUES ABOUT WORLD STAR VIDEO AND UM SAYS HE PAID 1500 FOR TWO VIDEOS.
CALL MINIMIZED
SOCIAL CONVERSATION CONTINUES ABOUT VIDEO. AND THE STUDIO.
SOCIAL CONVERSATION ABOUT LAQUAN PUCH THE NIGGA UP. HIS LIP AND HEAD WERE BUSTED.
CALL MINIMIZED
CONVERSATION ABOUT NOT BEING ABLE TO GO UP THE BLOCK. LAQUAN SAYS THINGS

| Case: | 2Fly | Target: | 347-896-3117 | Line: | 347-896-3117 | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 3633 | | Date: | 03/15/2016 | Start Time: | 20:15:34 EDT | Duration: | 00:46:45 |
| Monitored By: | | Classification: | Pertinent | | Complete: | Completed | Direction: | Outgoing |
| Participants: | | | | | Out Digits: | 6464233233 | | |
| | Unknown | | | | | | | |

ARE LIT AND  UM AGREES. LAQUAN SAYS HE GOT LOCKED UP BECAUSE OF THE NIGGAS. LAQUAN SAYS THE NIGGAS CANT MAKE HIM GO AND DO ... UM SAYS HE WALKED THROUGHT THE CROWD ON A BOAT AND HE WAS FLEXING ON THE NIGGAS AND HE WAS BY HIMSELF. UM SAYS HE ASKED THE THIRD PARTY WHATS UP AND THE NIGGA WENT TO THE OTHER SIDE OF THE BOAT.
CALL MINIMIZED
SOCIAL CONVERSATION  ABOUT  THIRD PARTY IN UM CRIB ACTING LIKE UM IS THE EMEMY AND HE IS TRYING TO HELP. UM SAYS THE NIGGA IS CRAZY AND HE UM IS READY FOR WHATEVER.
LAQUAN  SAYS  NICO HATES SLIM, HE HATES CITO.
CONVERSATION ABOUT NIGGA POPPED UP IN THE DINER AND STARING DOWN.
CONVERSATION ABOUT NUMB NIGGAS WHO WERE THERE.
CALL MINIMIZED
CONVERSATION CONTINUES ABOUT SLIM AND HOW HOT HE WAS AND NIGGAS WANTS TO BE LIKE SLIM  AND THEY ALL GOING TO FALL APART.
UM SAYS SLIM IS GOING TO BE TIGHT.  BEFORE HE GOT BOOKED HE WAS TALKING ABOUT HOW MUCH HE MISS AND NEED THE UF.
CALL MINIMIZED
UM SAYS THE LITTLE NIGGA IS PAYING ATTENTION.
UM SAYS THEY ARE GOING TO DO THEIR SHIT AND WHAT ARE THEY GOING TO DO WHEN THEY HEAR THEIR SHIT SPINNING ON 105 AND ITS NOT AFTER 12.
CALL MINIMIZED
UM SAYS HE IS IN PLACES WITH EX BANKERS WHO WANTS TO SPONSOR SHIT THAT UM IS DOING.  UM SAYS IF HE IS DOING IT THEN THEY ARE DOING IT AS WELL.  LAQUAN ASKS IF THEY CAN DO THAT.  UM SAYS YES.
CONVERSATION ABOUT 2FLY
CALL MINIMIZED
UM SAYS THEY ALL HAVE TO START WORKING HARDER  UM SAYS LAQUAN  AND SLIM BETTER WORK HARDE.  UM SAYS THERE IS NO WAY YOU ARE GOING TO COME OUT OF JAIL FOR 2 WEEKS AND LINK WITH HIM [UM] AND THEY ARE MAKING MOVES WITH SLIM AND SLIM GOES TO U/I AND SOLD HIS ASS. UM SAYS  HE IS PRAYING FOR SLIM AND HE KNOWS SLIM WILL GET IT TOGETHER AND HE UM FEELS IT. UM SAYS HE FEEL GOOD SHIT COMING FOR THEM. UM SAYS HE WILL HOLLA AT LAQUAN.  LAQUAN TELLS UM TO CALL HIS PHONE.
END OF CALL

| | | | | |
|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 3633 | **Date:** 03/15/2016 | **Start Time:** 20:15:34 EDT | **Duration:** 00:46:45 | |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Outgoing | |
| **Participants:** | | **Out Digits:** 6464233233 | | |
| Unknown | | | | |

SB: YMULLINGS
CALL MINIMIZED

**Comments**

| | | | |
|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
| **Session:** 3666 | **Date:** 03/16/2016 | **Start Time:** 14:48:46 EDT | **Duration:** 00:01:39 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | **In Digits:** 6464233233 | |
| Unknown | | | |

## ICE Word transcript v2

Homeland Security Investigations
U.S. Department of Homeland Security

CASE: 2Fly ECG          TARGET NO: 347-896-3117

SESSION: 3666

CASE NAME:                    2Fly ECG-BRONX, NY

CASE NO:                        NY36BR15NY0010

TARGET NAME:          Laquan Parrish

TARGET NO:              347-896-3117

SESSION:                          3666

DURATION:                      00:01:39

SESSION DATE:            Wednesday, March 16, 2016

SESSION START TIME:    14:48:46 EDT

ASSOCIATE DN:            646-423-3233

DIRECTION:          Incoming

LANGUAGE                            English

PARTICIPANTS:          Laquan Parrish aka Mad Dog

UM3233 [Unidentified Male] FNU LNU

TRANSCRIBED BY:

REVIEWED BY:

| | | | | |
|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 3666 | **Date:** 03/16/2016 | **Start Time:** 14:48:46 EDT | **Duration:** 00:01:39 | |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | **In Digits:** 6464233233 | | |
| Unknown | | | | |

ABBREVIATIONS:
  [UI] –   UNINTELLIGIBLE                [SIC] – SPOKEN IN CONTEXT
[PH] – PHONETIC                [    ] – TRANSCRIBER NOTES

[BEGINNING OF CALL]

[PHONE RINGS]

| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
|---|---|---|---|
| **Session:** 3666 | **Date:** 03/16/2016 | **Start Time:** 14:48:46 EDT | **Duration:** 00:01:39 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** Unknown | | **In Digits:** 6464233233 | |

[END OF CALL]

**Synopsis**

INCOMING FROM: 646-423-3233
UM3233 TO JIGGA
JIGGA TELLS UM THAT HE [MAD DOG] IS SLEEPING.  UM SAYS WHEN MAD DOG WAKES UP,
TO TELL MAD DOG HIS MAN, AUDI, AUDAMAR [PH] IS LOCKED UP.  JIGGA SAYS:  OH, WORD,
HE DOESN'T KNOW WHY THEY BOOKED HIM.
JIGGA ASK UM IF HE THINK IT'S SERIOUS AND UM SAYS HE DO NOT KNOW.  UM SAYS WHAT
HE KNOW, AUDI WAS MOVING SOME WEIGHT, UNLESS ITS CLOTHES.

| | | | | |
|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 3666 | **Date:** 03/16/2016 | **Start Time:** 14:48:46 EDT | **Duration:** 00:01:39 | |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | **In Digits:** 6464233233 | | |
| Unknown | | | | |

UM SAYS HE IS TRYING TO SET UP THAT TOURNAMENT. JIGGA SAYS HE WILL TELL HIM [MAD DOG] WHEN HE WAKES UP. UM ACKNOWLEDGES.
EOC
SB: R. HUNTLEY
RB: AGOLDING

**Comments**

| Case: | 2Fly | Target: | 347-896-3117 | Line: | 347-896-3117 | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 3913 | | Date: | 03/18/2016 | Start Time: | 13:44:23 EDT | Duration: | 00:06:44 |
| Monitored By: | | Classification: | Pertinent | | Complete: | Completed | Direction: | Incoming |
| Participants: | | | | | In Digits: | 6464233233 | | |
| | Unknown | | | | | | | |

## Synopsis

INCOMING CALL FROM: 646-423-3222
UM CALLS LAQUAN
UM ASKS LAQUAN WHAT'S FLYING AND LAQUAN TELLS UM HE IS  IN THE V WITH BAY KAY RIGHT NOW.  UM ASKS LAQUAN WHAT IS THAT PLAYING AND LAQUAN TELLS UM BY KAY'S SHIT.
LAQUAN ASKS UM WHAT'S UP.  UM SAYS THESE NIGGAS ARE LIARS.  LAQUAN TELLS UM, [U/I] CAME HOME.  UM SAYS, "SO THEY ARE RISING"? AND LAQUAN REPEATS THAT [U/I] CAME HOME.
UM SAYS, WHAT THE FUCK IS NIGGAS DOING TO BETTER THEMSELVES. UM TELLS LAQUAN HE KNOWS WHAT HE IS DOING TO BETTER HIMSELF.  UM SAYS HE IS GOING TO SCHOOL, TRYING TO GET CASH, TRYING TO START A LAWYER SHIT, HOPEFULLY IT CAN FREE COUPLE OF THE GUYS.  UM SAYS DO A [U/I], DO THAT.   UM SAYS, THIS NIGGA, YOU [ARE] IN HIS CAR, PLAYING HIS MUSIC; WHAT THE FUCK IS HE DOING.
UM TELLS LAQUAN HE IS TO PUT HIS PHONE ON SPEAKER AND LAQUAN TELLS UM HE IS TO HOLD ON.  UM ADDRESSES BK AND ASKS HIM WHEN IS HE GOING TO DROP THE NEXT [U/I].  BK TELLS UM SOON.  UM ASKS BK IF HE KNOWS NICO AND THE OTHER NIGGAS ARE SHITTING RIGHT NOW AND BK SAYS YES.  UM ASKS BK WHAT IS HE DOING AS RAPPER, WHAT IS HE DOING.  UM ASKS BK IF HE IS TRAPPING.
BK TELLS UM HE IS POINT SOME SHIT AND IT'S NOT ONLY RAPPERS, HE IS TRAPPING.  UM TELLS BK THAT TRAPPING SHIT IS NOT GOING TO GET THEM ANYWHERE.  BK TELLS UM , SON CAN FOCUS ON RAPPING AND HIS MAN IS GOING TO MAKE SURE HE EATS.  BK TELLS UM IF NIGGAS ARE NOT DOING IT ON THIS END THEY CAN'T BE LIKE OTHER NIGGAS.
UM TELLS BK HE WILL HAVE TO GET SERIOUS, [U/I] HIS FAMILY.  UM TELLS BK HE HAS FANS.  BK TELLS UM HE KNOWS HE HAS TO DO THAT BUT HE HAS TO WORK AND IT TAKES TIME.  UM SAYS BK IS A TRAPPER AND WHAT TIME DOES HE HAVE.  BK TELLS UM HE IS NOT THE ONLY RAPPER.
SOCIAL CONVERSATION REGARDING BK HAVING THE MOST TRACKS RIGHT NOW.
UM ASKS BK IF HE HAS THE MOST PLAYS AND WHO IS LISTENING TO THE TRACKS.  UM TELLS BK THAT'S THE REALITY OF THE FACT AND THAT IS GETTING HIM UPSET.  UM TELLS BK, BRAD DROPPED ONE SONG AND HE WAS ON THE HOOK AND THAT HAS FOUR BANDS RIGHT NOW.

| Case: 2Fly | Target: 347-896-3117 | Line: 347-896-3117 | File Number: |
|---|---|---|---|
| Session: 3913 | Date: 03/18/2016 | Start Time: 13:44:23 EDT | Duration: 00:06:44 |
| Monitored By: | Classification: Pertinent | Complete: Completed | Direction: Incoming |
| Participants: | | In Digits: 6464233233 | |
| Unknown | | | |

BK TELLS UM HE HAS BEEN DOING THIS [POSS. RAPPING] SINCE HE WAS GUNNING, HE
HAS BEEN DOING IT SINCE LAST YEAR.  UM TELLS BK HE HAS BEEN RAPPING SINCE 144
AND BK  HAS ONLY BEEN RAPPING FOR HIMSELF.
BOTH CONTINUES TO ARGUE ABOUT BK PLAYING HIS MUSIC IN HIS CAR.
UM TELLS BK IT'S FRUSTRATING.  [LAQUAN LAUGHS IN THE BACKGROUND] UM TELLS BK
HE HAS BEEN WATCHING NIGGAS REALLY RISE ON NIGGAS.  UM TELLS BK WHEN HE WAS
IN THE HOOD HE DID NOT CARE WHAT THEY CALLED HIM.   UM TELLS BK HE WAS GOING
TO GET [U/I] MONEY WHO IS WALKING AROUND WITH... [U/I]
BK TELLS UM HE IS NOT TAKING ANYTHING AWAY FROM HIM. UM ASKS BK WHY NO ONE
CAN STEP TO THE PLATE AND WHERE IS THE VIDEO FOR [U/I]. UM TELLS LAQUAN HE IS
LAUGHING BUT THE SHIT IS SAD.
UM SAYS LAQUAN IS LAUGHING AND THOSE NIGGAS ARE FUCKING ROTTING AND THEY
WILL BE HURT IF THEY GET A DEAL.  UM STRESSES THAT IF THEY GET A DEAL THEY WILL
BE FUCKING HURT.  UM SAYS HE IS GOING TO TELL THEM THAT IF THEY GET A DEAL THEY
BETTER QUIT, QUIT RAPPING BECAUSE THEY ARE GOING TO SHIT ON ALL THEM NIGGAS.
UM TELLS THEM THOSE NIGGAS CANNOT TOUCH HIM.  UM TELLS BK HE TOLD THEM NOT
TO MAKE ANY [U/I] SONGS AND BK WENT AND MAKE A [U/I] SONG, ONE THOUSAND VIEWS.
.
LAQUAN ANSWERS CALL WAITING FROM: 917-736-7740
LAQUAN TELLS UF HE IS OUTSIDE AND SHE IS TO COME OUT BECAUSE HE IS IN FRONT OF
HER HOUSE.
LAQUAN RETURNS TO ORIGINAL CALL
UM SAYS, THERE ARE RAPPER BY THEMSELVES OUT THERE.  LAQUAN SAYS, IF THERE
ARE RAPPER OUT THERE BY THEMSELVES UM IS DEFINITELY RIGHT AND THAT'S A FACT.
LAQUAN TELLS UM THEY WERE JUST TALKING ABOUT THIS NIGGA AND IT'S THE MONEY.
LAQUAN TELLS UM, BK GETS MONEY.
UM TELLS THEM HE HAS BEEN OUT THERE BY HIMSELF, HE DOES NOT HAVE ANY GANG
OUT THERE IN BRIDGEPORT.  UM TELLS THEM THERE ARE NO GANG OUT THERE IN
BRIDGEPORT. UM TELLS THEM HE COULD TAKE A LITTLE BIT OF CASH AND GO UP MORE
THEN BAY KAY RIGHT NOW.  UM TELLS THEM HE COULD TAKE TWO THOUSAND DOLLARS
($2000) AND DO SOME RAPPING SHIT AND BLOW NIGGAS OUT AND HE KNOWS THAT WITH
A LITTLE BIT OF CASH HE COULD DO IT AND WHY NOBODY ELSE CAN DO IT.  UM ASKS
THEM WHAT IS THE PROBLEM.

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** | | |
| **Session:** 3913 | **Date:** 03/18/2016 | **Start Time:** 13:44:23 EDT | **Duration:** 00:06:44 | | |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming | | |
| **Participants:** | | **In Digits:** 6464233233 | | | |
| Unknown | | | | | |

LAQUAN TELLS UM HE WILL CALL HIM RIGHT BACK.
END OF CALL
SB: A, WILES

**Comments**

| Case: | 2Fly | Target: | 347-896-3117 | Line: | 347-896-3117 | File Number: | |
|---|---|---|---|---|---|---|---|
| **Session:** | 4345 | | **Date:** 03/20/2016 | | **Start Time:** 18:33:18 EDT | | **Duration:** 00:29:38 |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** Incoming | |
| **Participants:** | | | | **In Digits:** 6464233233 | | | |
| | Unknown | | | | | | |

## ICE Word transcript v2

Homeland Security Investigations
U.S. Department of Homeland Security

CASE: 2Fly ECG          TARGET NO: 347-896-3117

SESSION: 4345

CASE NAME:                    2Fly ECG-BRONX, NY

CASE NO:                              NY36BR15NY0010

TARGET NAME:            Laquan Parrish

TARGET:                              347-896-3117


SESSION:                              4345

DURATION:                          00:29:38

SESSION DATE:            Sunday, March 20, 2016

SESSION START TIME:      18:33:18 EDT

ASSOCIATE DN:            646-423-3233

DIRECTION:            Incoming

LANGUAGE                          English

PARTICIPANTS:            Laquan Parrish aka Mad Dog

                                    UM3233 [Unidentified Male] FNU LNU aka
                                    Flack aka Murda


TRANSCRIBED BY:            E. Bryson

REVIEWED BY:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** | |
| **Session:** 4345 | | **Date:** 03/20/2016 | | **Start Time:** 18:33:18 EDT | **Duration:** 00:29:38 | |
| **Monitored By:** | **Classification:** Pertinent | | | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | | | **In Digits:** 6464233233 | | |
| Unknown | | | | | | |

ABBREVIATIONS:
        [UI] –      UNINTELLIGIBLE                              [SIC] – SPOKEN IN CONTEXT
[PH] – PHONETIC                                   [    ] – TRANSCRIBER NOTES

[BEGINNING OF CALL]

[PHONE RINGS]

PARRISH:
Hello.

MURDA:
Yow.

PARRISH:
Yo. What's flying?

MURDA:
[EXHALES] What's up, bro.

PARRISH:
Why? What's up, man? Why you sound like that, man? What's wrong, bro?

MURDA:
Need some motivation, man. It's all kinds of shit, man. [VOICES OVERLAP]

PARRISH:
Told you, man.

MURDA:

| Case: 2Fly | Target: 347-896-3117 | Line: 347-896-3117 | File Number: |
|---|---|---|---|
| Session: 4345 | Date: 03/20/2016 | Start Time: 18:33:18 EDT | Duration: 00:29:38 |
| Monitored By: | Classification: Pertinent | Complete: Completed | Direction: Incoming |
| Participants: Unknown | | In Digits: 6464233233 | |

[U/I]. my nigga.
PARRISH:
Come on, man
NON-PERTINENT CONVERSATION ABOUR MEL'S VIDEO 18:33:52 – 18:35:38]]
[CALL MINIMIZED 18:35:38 – 18:37:39]
MURDA:
"At least I know what I'm doing?" If you know what you are doing, admit it. You know what I mean? Like don't go diss the niggas and all that, got us looking stupid. Yo, we looking stupid, bro. And Mel, he is back in Crypts. You feel me? Like it's not the same boy. Yo, yo, if they are... And then Slim is going to come out here, come out with a joke on some weirdo shit.
PARRISH:
No, I hope not. There had to be a reality check .He had too much mouths sitting in there. [VOICES OVERLAP]
MURDA:
[U/I]... You spoke to that nigga?
PARRISH:
No, nigga.
MURDA:
Anybody?
PARRISH:
Nigga Bo. Probably his sister and them are probably calling his mom. Feel me?
MURDA:
He tried to reach out to me, Slim. But I couldn't take... I didn't have any cash on my card, bro.
PARRISH:

| Case: 2Fly | Target: 347-896-3117 | Line: 347-896-3117 | File Number: |
| --- | --- | --- | --- |
| Session: 4345 | Date: 03/20/2016 | Start Time: 18:33:18 EDT | Duration: 00:29:38 |
| Monitored By: | Classification: Pertinent | Complete: Completed | Direction: Incoming |
| Participants: | | In Digits: 6464233233 | |
| Unknown | | | |

Exactly. Obviously [U/I] so I'm not calling him.
MURDA:
And you know… [VOICES OVERLAP]
PARRISH:
[U/I].
MURDA:
And you know… You know me, bro. I take shit harder than any niggas, like, pause like, I, like I hold my head like. You know, bro. I'll be thinking, overthinking, and dramatic, ah. Bro, that's my son, bro. And the shit kills me, man. That shit kills me, bro. I'm saying, like how [are we going to do this shit, bro. Bro, I want to make it, bro. I want everybody to make it. It's like, I don't think everybody, every fucking [U/I] have the same aspirations, bro. Like niggas don't want everybody to make it.
[CALL MINIMIZED 18:39:30 – 18:41:31]
PARRISH:
Damn! Do something with that shit.
MURDA:
I don't know. I don't know how niggas going to get that. If you had spoken to him then maybe we could have gotten it. [VOICES OVERLAP]
PARRISH:
We got his You Tube shit, and we can do a slide show
MURDA:
Oh yeah, you could do that.
PARRISH:
I could do that. Yeah, I still… [VOICES OVERLAP]
MURDA:
[U/I].
PARRISH:
I still want to do a couple of videos, just on the safe side like… like King King, shit like that. You know what I mean? [VOICES OVERLAP]
MURDA:
That nigga would be on floozy time, bro. Like, yo what if? What if he's doing it? Like you know when

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 4345 | | **Date:** 03/20/2016 | **Start Time:** 18:33:18 EDT | **Duration:** 00:29:38 | |
| **Monitored By:** | | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | | **In Digits:** 6464233233 | | |
| | Unknown | | | | |

you are out, two ton is a banger. All of them shit, bro. [VOICES OVERLAP]
PARRISH:
Nigga, all of them shit is a banger. [VOICES OVERLAP]
MURDA:
All of them shit is a banger.
[CALL MINIMIZED 18:45:39 – 18:47:43]
MURDA:
…help. Nigga, I don't have no help. I don't have nobody. These niggas will be acting. I don't… You know what I mean?
PARRISH:
Yo want me [to] help you, bro?
MURDA:
Bro, I need help. I need help, nigga. I'm trying to put it in for all of us, bro. Like, this shit is crazy, yo. This shit is crazy. Niggas could buy a big pack of chicken, buy a pack of ground beef. Someday I'll make [U/I] cook that shit. [VOICES OVERLAP]
PARRISH:
[U/I].
MURDA:
What? Yo, bro, I'll cook it if I have to. You know what's up, man?
PARRISH:
[LAUGHS]
MURDA:
Yoy [are] laughing. I'm trying to get cash, boy… or at least have niggas work for me, man. [VOICES OVERLAP]
PARRISH:
[LAUGHS]
MURDA:
I got hoes, bro. I don't know what you think. But niogga, he put a cuff under…
PARRISH:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** | |
| **Session:** 4345 | | **Date:** 03/20/2016 | | **Start Time:** 18:33:18 EDT | | **Duration:** 00:29:38 |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** Incoming |
| **Participants:** | | | | **In Digits:** 6464233233 | | |
| | Unknown | | | | | |

[LAUGHS]
MURDA:
What the fuck you talking about? These bitches come in here with no shirt, no nothing. Cut this shit, nigga. [VOICES OVERLAP]
PARRISH:
[LAUGHS]
MURDA:
Like a ton a weed, nigga
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:

| | | | |
|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
| **Session:** 4345 | **Date:** 03/20/2016 | **Start Time:** 18:33:18 EDT | **Duration:** 00:29:38 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | **In Digits:** 6464233233 | |
| Unknown | | | |

MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:

| Case: | 2Fly | Target: | 347-896-3117 | Line: | 347-896-3117 | File Number: | |
|---|---|---|---|---|---|---|---|
| **Session:** | 4345 | | **Date:** 03/20/2016 | | **Start Time:** 18:33:18 EDT | **Duration:** | 00:29:38 |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** | Incoming |
| **Participants:** | | | | **In Digits:** 6464233233 | | | |
| | Unknown | | | | | | |

MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:

| Case: | 2Fly | Target: | 347-896-3117 | Line: | 347-896-3117 | File Number: | |
|---|---|---|---|---|---|---|---|
| **Session:** | 4345 | | **Date:** 03/20/2016 | | **Start Time:** 18:33:18 EDT | **Duration:** | 00:29:38 |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** | Incoming |
| **Participants:** | | | | **In Digits:** | 6464233233 | | |
| | Unknown | | | | | | |

MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 4345 | **Date:** 03/20/2016 | | **Start Time:** 18:33:18 EDT | **Duration:** 00:29:38 | |
| **Monitored By:** | **Classification:** Pertinent | | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | | **In Digits:** 6464233233 | | |
| Unknown | | | | | |

PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
PARRISH:
MURDA:
[END OF CALL]

## Synopsis

INCOMING CALL FROM: 646-423-3233

| Case: | 2Fly | Target: | 347-896-3117 | Line: | 347-896-3117 | File Number: | |
|---|---|---|---|---|---|---|---|
| **Session:** 4345 | | | **Date:** 03/20/2016 | | **Start Time:** 18:33:18 EDT | **Duration:** 00:29:38 | |
| **Monitored By:** | | **Classification:** Pertinent | | | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | | | | **In Digits:** 6464233233 | | |
| | Unknown | | | | | | |

K. MERTHO TO LAQUAN
LAQUAN ASKS WHY UM SOUNDS LIKE THAT.
UM SAYS HE NEEDS SOME MOTIVATION.
SOCIAL CONVERSATION ABOUT MEL'S VIDEO.
LAQUAN TELLS UM TO PUT IT ON SOCIAL MEDIA.
UM SAYS HE SUPPORTS MEL AND BAY KAY IS NOT GIVING THEM ENOUGH TIME [POSSIBLY
STUDIO TIME]
SOCIAL CONVERSATION ABOUT UM BEING TIRED OF PEOPLE SAYING THEY ARE GOING TO
DO SOMETHING AND NEVER DO IT.
CALL MINIMIZED @ 18:35:29
SPOT CHECKED @ 18:37:39
SOCIAL CONVERSATION ABOUT DISRESPECTING NIGGAS AND LOOKING STUPID.
SOCIAL CONVERSATION ABOUT SLIM MAY BE COMING OUT OF JAIL WITH SOME WEIRD
SHIT.
SOCIAL CONVERSATION ABOUT WHO SPOKE TO SLIM.  UM SAYS SLIM TRIED TO REACH
OUT TO UM BUT UM DID NOT HAVE CASH ON HIS CARD.
SOCIAL CONVERSATION ABOUT UM BEING OVER DRAMATIC WITH THINGS.  UM SAYS HE
WANTS TO MAKE IT AND HE WANTS EVERYONE TO MAKE IT.  UM THINKS NOT EVERYONE
HAS THE SAME ASPIRATIONS AS HIMSELF.
CALL MINIMIZED @ 18:39:27
SPOT CHECKED @18:41:31
SOCIAL CONVERSATION ABOUT SOCIAL MEDIA AND DOING A SLIDE SHOW. LAQUAN SAYS
A THIRD PARTY WANTS HIM TO DO A COUPLE VIDEOS AS WELL.
SOCIAL CONVERSATION ABOUT WHICH NIGGA IS A BANGER.
CALL MINIMIZED @ 08:39:29

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** | | |
| **Session:** 4345 | | **Date:** 03/20/2016 | | **Start Time:** 18:33:18 EDT | | **Duration:** 00:29:38 | |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** Incoming | |
| **Participants:** | | | | **In Digits:** 6464233233 | | | |
| | Unknown | | | | | | |

SPOT CHECKED @ 18:41:33
UM SAYS HE NEEDS ASSISTANCE IN TRYING TO PULL OFF FOR THE NIGGAS.  LAQUAN
SAYS HE WILL HELP UM.
UM TALKS ABOUT BITCHES WHO CAN COOK LIKE THEY ARE COOKING COKE.
SOCIAL CONVERSATION ABOUT COOKING FOR THE TOURNAMENT.
CALL MINIMIZED @ 18:42:18
SPOT CHECKED @ 18:44:22
SOCIAL CONVERSATION ABOUT WHAT UM WOULD HAVE DONE IF LAQUAN WAS AROUND.
UM SAYS HE HAD TO ROB SOME NIGGAS TO GET BACK ABOUT $50.
[3-WAY CALLING]
[MERTHO, LAQUAN AND DROP]
K. MERTHO ID'S SELF TO DROP.
SOCIAL CONVERSATION ABOUT SOME WORK THAT MERTHO WANTS TO GET DONE TO
GET SOME NIGGAS TOGETHER.
SOCIAL CONVERSATION ABOUT NIGGAS IN TOWN
UM2 ASKS ABOUT SLIM.  MERTHO SAYS SLIM IS LOCKED UP FOR ROBBERY, ETC.
MERTHO SAYS HE HAS AN APARTMENT NOW.
DROP ASKS ABOUT SYKES AND SPEAKS ABOUT AN INCIDENT WHEN DROP ET AL WERE
GOING TO BLOW A NIGGA.
SOCIAL CONVERSATION ABOUT SYKES AND SYKES JUMPING OUT OF THE CAR AND
SYKES IS THE ONLY LICENSED DRIVER AND DROP ET AL ARE ON PAROLE AND DROP HAD
THE GRIP ON HIM.
DROP TALKS ABOUT PLANNING TO POP ON SYKES AND THAT WOULD HAVE BEEN A
CHAIN REACTION. [POSSIBLY OTHERS TAKING REVENGE].
SOCIAL CONVERSATION ABOUT DROP JUMPING SYKES AND STRIPS SYKES. DROP SAYS
HE HAD TO CALL SYKES AND APOLOGIZE AS SYKES IS HIS BROTHER.

| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** | |
|---|---|---|---|---|---|---|
| **Session:** 4345 | | **Date:** 03/20/2016 | | **Start Time:** 18:33:18 EDT | | **Duration:** 00:29:38 |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** Incoming |
| **Participants:** | | | | **In Digits:** 6464233233 | | |
| | Unknown | | | | | |

MERTHO SAYS DROP SHOULD HAVE HELD IT DOWN.  DROP SAYS THE SITUATION  GOT HIM TIGHT.
DROP ASKS WHEN IS THE NEXT SHOW AND MERTHO SAYS APRIL 28 WITH A DJ THERE IN CK
SOCIAL CONVERSATION ABOUT THE PLANS FOR THE SHOW.
CALL MINIMIZED @ 00:00:00
SPOT CHECKED @ 00:00:00
SOCIAL CONVERSATION ABOUT NIGGAS MAKING IT. MERTHO SAYS HE NEEDS ASSISTANCE TO PROMOTE NIGGAS [MUSIC].
MERTHO SAYS HE WILL TEXT HIS NUMBER TO DROP AND DROP SHOULD SAVE HIS NUMBER.
END OF CALL
SB: AGOLDING

**Comments**

| Case: 2Fly | Target: 347-896-3117 | Line: 347-896-3117 | File Number: | |
|---|---|---|---|---|
| **Session:** 4417 | **Date:** 03/21/2016 | **Start Time:** 08:41:06 EDT | **Duration:** 00:09:40 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Outgoing |
| **Participants:** Unknown | | **Out Digits:** 16464233233 | |

## Synopsis

OUTGOING CALL TO: 646-422-3233
LAQUAN ASKS UM WHO HE WAS TALKING TO.
SOCIAL CONVERSATION REGARDING STAR AND OTHER IN MEXICO.
SOCIAL CONVERSATION THEM NEEDING MORE NIGGAS
LAQUAN TELLS UM THEY HAVE IT LIT AND NOBODY ELSE CAN LIGHT UP THE PLACE LIKE THEM.
UM TELLS LAQUAN THEY NEED TO PAY HOMAGE TO CERTAIN NIGGAS.
UM AND LAQUAN TALKS ABOUT GG AND UM TELLS LAQUAN IF HE THINKS HE IS LIT, HE HAS SOMETHING FOR HIM.
SOCIAL CONVERSATION REGARDING A UF WHO WAS WITH UM.
CALL MINIMIZED @ 08:45:33 TO 08:46:05
CONVERSATION REGARDING PO.  LAQUAN TELLS UM PO STARTED PFG.
SOCIAL CONVERSATION REGARDING HOW MANY HITS UM GOT ON UTUBE.
UM TELLS LAQUAN HE GOT JUMPED OVER HIS SNEAKERS BY 8 NIGGAS.  UM TELLS LAQUAN IT MIGHT BE SOME LITTLE SHIT TO HIM BUT HE FEELS.
UM TELLS LAQUAN, BK HAS THE MONEY AND HE IS PLAYING MUSIC FROM HIS CAR AND HE HAS MONEY AND DOES NOT HAVE TO SELL  DRUG FOR CASH.
UM TELLS LAQUAN HE HAS IT SET UP WHERE NICO AND ZICO CAN HAVE AT LEAST THIRTY BILLS IN THEIR POCKET AT ALL TIMES.
LAQUAN TELLS UM HE WILL CALL HIM BACK.
[ASIDE: LAQUAN:  TWELVE DOLLARS, RIGHT PAPP?].
END OF CALL
SB: A. WILES

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 4417 | | **Date:** 03/21/2016 | **Start Time:** 08:41:06 EDT | **Duration:** | 00:09:40 |
| **Monitored By:** | **Classification:** Pertinent | | **Complete:** Completed | **Direction:** | Outgoing |
| **Participants:** | | | **Out Digits:** 16464233233 | | |
| Unknown | | | | | |

**Comments**

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 4420 | | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | | **Duration:** 00:39:17 |
| **Monitored By:** | | **Classification:** Pertinent | **Complete:** Completed | | **Direction:** Incoming |
| **Participants:** | | | **In Digits:** 6464233233 | | |
| | Unknown | | | | |

## ICE Word transcript v2

Homeland Security Investigations
U.S. Department of Homeland Security

CASE 2Fly                                TARGET NO: 347-896-3117

SESSION: 4420


CASE NAME:                        2Fly ECG-BRONX, NY

CASE NO:                                    NY36BR15NY0010

TARGET NAME:                  Laquan Parrish

TARGET NO:                        347-896-3117


SESSION:                                    4420

DURATION:                                00:39:17

SESSION DATE:                  Monday, March 21, 2016

SESSION START TIME:      09:04:32 EDT

SESSION END TIME:          09:38:32 EDT

ASSOCIATE DN:                  646-423-3233

DIRECTION:                Incoming

LANGUAGE:                        English

PARTICIPANTS:                Laquan Parrish aka Mad Dog

                                                    UM3233 [Unidentified Male] FNU LNU
                                                    aka Flack

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 4420 | | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 | |
| **Monitored By:** | **Classification:** Pertinent | | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | | **In Digits:** 6464233233 | | |
| Unknown | | | | | |

TRANSCRIBED BY:          A. Golding

REVIEWED BY:

ABBREVIATIONS:
        [UI] –    UNINTELLIGIBLE                    [SIC] – SPOKEN IN CONTEXT
[PH] – PHONETIC                            [      ] – TRANSCRIBER NOTES

[BEGINNING OF CALL]

[PHONE RINGING]

PARRISH:
Hello?

FLACK:
Yow.

PARRISH:
Yow?

FLACK:
Yeah, bro

PARRISH:
Yow, bro, what's up, man?

FLACK:
Nothing.  [BACKGROUND: MALE VOICES HEARD]

| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
|---|---|---|---|

| **Session:** 4420 | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 |
|---|---|---|---|
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | **In Digits:** 6464233233 | |
| Unknown | | | |

PARRISH:
[ASIDE:  3011or 2011? UM: 3011 Boston Road: PARRISH:  3011 Boston Road]
FLACK:
What?
PARRISH:
[ASIDE: Yeah, shotta [Jamaican expression for bad guy], you love to [U/I] ] Yeah, hello?
FLACK:
Yeah, you sound like [U/I] [VOICES OVERLAP]
PARRISH:
Yeah, I am going to try to come out there [U/I], you know what I mean?
FLACK:
Yeah, yeah [VOICES OVERLAP]
PARRISH:
[U/I] what I do [VOICES OVERLAP]
FLACK:
Yeah.
PARRISH:
You feel me? No, for real, you are saying: 'yeah' but I got to get stuff together and [U/I] at you, bro, you feel me?
FLACK:
I know, bro, that is why I don't knock you [call you], G.  I just let you be.
PARRISH:
But when I do me, I got you.  I am going to come through with uhm.
FLACK:
Alright.
PARRISH:
You are going to get some money, you heard? Alright. [BACKGROUND: CHATTER: UM: 3011]
FLACK:
Niggas need that, bro.  I need that.  Uhm….

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case:** 2Fly | | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** |
| **Session:** 4420 | | **Date:** 03/21/2016 | | **Start Time:** 09:04:32 EDT | | **Duration:** 00:39:17 |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** Incoming |
| **Participants:** Unknown | | | | **In Digits:** 6464233233 | | |

PARRISH:
Yow, Oh, oh, oh, what?  [Are] you coach, what you ref … what, [Are] you coaching right now? What you ….
FLACK:
Yeah, I just got home, 6am shit.
PARRISH:
Yows…
FLACK:
That's real shit, bro. that's how that shit goes though, man. I am not even going to [U/I] [VOICES OVERLAP]
PARRISH:
That's crazy … that's crazy stuff.
FLACK:
[I] got to do something. [U/I]
[SOCIAL CONVERSATION @ 09:06:07 between parties about making the logos to put on the shirts].
[CALL MINIMIZED @ 09:06:30.  CALL SPOT CHECKED @ 09:08:40]
[SOCIAL CONVERSATION @09:08:40 between parties about making a third party male and what extra curricula activities and music. ]
[CALL MINIMIZED @ 9:12:48 AND SPOT CHECKED @ 09:13:44]
FLACK:
I mean who are we jacking? These niggas just got hit … these niggas were getting hit day by day by day and didn't do shit until this day!  Boy, I got cut in my face but we went to war for that shit, bro, for years. We went to war, I don't care about nobody, I am not living with that shit, bro.  [Upon] til this day, I am not living with that shit.  That shit kills me. That shit kills me.  That shit should not have happened … like ... it kills me, bro. So, imagine these little niggas who [are] getting shot and really sit in it

| Case: 2Fly | Target: 347-896-3117 | Line: 347-896-3117 | File Number: | |
|---|---|---|---|---|
| **Session:** 4420 | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 | |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | **In Digits:** 6464233233 | | |
| Unknown | | | | |

holding it and taking it … and .. and holding it down?  And won't do a drill?  And these are the niggas I am supposed to look to as gangsters?

PARRISH:

[LAUGHS]

FLACK:

Come on, bro.  No, nigga!  No, you are good niggas. You are good, if anything I am making this look … pussy … like if anything … like … and then these niggas are rapping about it.  Fuck man, this shit is getting me tight.  I can't say much because I am not in the hood, bro.  I am no position to do no drills to go to jail.  I got everything to lose while these other niggas who got hit got nothing to lose and still won't do a drill, bro. Won't do shit, like won't do anything. Won't put up money, or do shit.  What are niggas doing?  Hard granite, slim, they are not doing shit neither.  You are the only one doing something bro.  You and me, let's be honest… [VOICES OVERLAP]

PARRISH:

[U/I] out here though, you got to think about it. [VOICES OVERLAP]

FLACK:

You are right but let's be honest now.  With Doola coming soon.

PARRISH:

Yes but when niggas like Doola touch down [SIC] ah, ah … you know what I mean?

FLACK:

I feel sorry, I feel sorry for nigga.  I hope that nigga … I hope that nigga lines niggas up and slap niggas in their faces down the line. Whap, whap, whap, who is defending [U/I]? Whap whap, nigga … because that is what I would do, bro.  I am not going to lie, bro. I would balm niggas.  You all niggas … if niggas all killing themselves, niggas be acting like they doing it, they fighting … even, even Trav Easy [PH],  didn't he get shot, too?

PARRISH:

Yup?

FLACK:

What is he doing?

PARRISH:

He is just … I tried to take away his jewelry … I am not going to lie, I took away his jewelry the other day … niggas just weren't around.

FLACK:

Alright.

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** |
| **Session:** 4420 | | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 | |
| **Monitored By:** | | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | | **In Digits:** 6464233233 | | |
| | Unknown | | | | |

PARRISH:
You feel me?  We were just where Showtime stay at, you heard?
FLACK:
Oh, no. Nigga's on a death wish. He is not going to snitch either.  He is not going to snitch [VOICES OVERLAP]
PARRISH:
[U/I], Demi and all of them, they staying in the same crib, you heard?
FLACK:
Who?
PARRISH:
Demi, Pad, Show … they are staying in that bitch's crib near aaahm… between Edenwald and Dyer, you heard?
FLACK:
Naah, niggas got to get them … uhm …yow, listen man, that nigga … that nigga, man …. I don't like that nigga. I don't want anything to do with that nigga, if anything, bro … that nigga has got to go!  I'm sorry, bro but that nigga got to go!  I'm sorry, he is doing too much now like … I don't … he is not … that nigga, that nigga hurt my heart, bro.  You know, bro. Me, bro?  That nigga could never come back to me, bro, ever!
PARRISH:
Yow, bro, I don't know why you thought… yow bro, that nigga was [U/I] where he was at, man.  [What the] fuck's wrong with you, man?  That nigga's been [VOICES OVERLAP]
FLACK:
[U/I] for all I would have been got hurt [VOICES OVERLAP]
PARRISH:
[U/I] and that's it.
FLACK:
[U/I] his ass up like a fucking [U/I].  That nigga blurring me out of the picture talking mad shit like some [U/I] type nigga, I would fucking ... like, bro, we could fight and I will fuck him up, bro.  Trust [VOICES OVERLAP]
PARRISH:
You making [U/I], yow, bro, that nigga is a bitch, bro.

| Case: | 2Fly | Target: | 347-896-3117 | Line: | 347-896-3117 | File Number: | |
|---|---|---|---|---|---|---|---|
| **Session:** 4420 | | **Date:** 03/21/2016 | | **Start Time:** 09:04:32 EDT | | **Duration:** 00:39:17 | |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** Incoming | |
| **Participants:** | Unknown | | | **In Digits:** 6464233233 | | | |

FLACK:
I don't like that nigga.
PARRISH:
That nigga is a bitch bro.
FLACK:
I don't like that in him. I never did. I took care of his bum ass, his homeless ass.  I took, that took care of this nigga, gave him clothes, jacket ... had him sleep in it … yow, bro, nigga was so bad he didn't go home, sleeping outside in my mom's car.
PARRISH:
I remem [VOICES OVERLAP]
FLACK:
[U/I]
PARRISH:
I remember them days, bro.
FLACK:
Yow, brow, days after days he just comes and just sleeps like … homey, you dead ass? You dead ass?  You dead ass?
[CALL MINIMIZED @ 09:17:43.  CALL SPOT CHECKED @ 09:19:54]
[SOCIAL CONVERSATION ABOUT HOW JAIL AFFECTS YOUR MIND. PARRISH SAYS JAIL HELPS TO SET YOUR MIND RIGHT WHEN YOU SIT IN THE CELL AND HAVE TO THINK ABOUT SHIT AND PARRISH THINKS THE NIGGA IS IN JAIL THINKING ABOUT]
[CALL MINIMIZED @ 09:20:49].  SPOT CHECKED @ 09:21:30]
[SOCIAL CONVERSATION ABOUT THE NIGGA BEING CONTENTED IN JAIL AND WAS ON THE POINT OF BEING HOMELESS. FLACK TALKS ABOUT THE PLACES THE NIGGA WENT TO BEFORE GOING TO JAIL. SOCIAL CONVERSATION CONTINUES ABOUT THE NIGGA AND FLACK BEING BEST FRIENDS AND FLACK HAD TO PUT THE NIGGA OUT BECAUSE HE MESSED UP FLACK'S THING AND THE NIGGA NOT HAVING FAMILY SUPPORT].

| | | | |
|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
| **Session:** 4420 | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | **In Digits:** 6464233233 | |
| Unknown | | | |

[CALL MINIMIZED @ 09:23:32   SPOT CHECKED @ 09:25:36]
[SOCIAL CONVERSATION ABOUT FLACK PUTTING THE NIGGA FIRST WHEN IT COMES TO MUSIC AND NIGGA CHANGING AND NOT BEING THE SAME AND FLACK BEING ABLE TO TELL THE NIGGA'S FEELINGS WHEN HE IS SINGING/RAPPING].
[SOCIAL CONVERSATION ABOUT FLACK'S AND NIGGA'S RAPPING]
[CALL MINIMIZED @ 09:27:52  SPOT CHECKED @ 09:30:01]
FLACK:
And I was looking at these niggas, like… yow, and you are right but I don't give a fuck, nigga and I don't even know what you are talking about, I don't know where he is, get out my crib! And Slim here, folded under pressure. Cho, you don't even know, bro. they had this nigga – he is in there looking like ... I have never seen him like this, bro. I have never see[n].. he was like so scared bro, like he is there trying to organize like … and you know how Slim be … this is how Slim used to orchestrate shit like. Sp,
PARRISH:
They kicked your shit like out of nowhere and you all didn't know … like …
FLACK:
Bro, I felt it, I felt it coming. I felt it coming.  I felt it coming, bro.
PARRISH:
What they did, they knocked on your door?
FLACK:
Yeah, like they are going to break it down.  They are banging it, banging it, banging it.  I mean what the fuck … I see the niggas put the, yow, yow, "lucky thing… I don't even think you've been in the crib that I had but KK was in the back room, KK and Lexi [PH].  So me and Janae [PH] left to go sleep in the front room. Slim in the kitchen, Jiggs in the mid ... Jiggs and Laing in the middle room, you understand me? But if I, if I wasn't sleeping in that front room, bro, they would have torn that whole shit down because I heard them banging on it, "Boom, boom, boom.  I am like 'what the fuck' and I see the flash lights through window, I am in the front.  I see mad flash lights. [HISSES] Bro, when I get to the door, bro…. like 10 cops just rushed me.  Like my hands are up and they just pushed me inside my room, inside the crib and shit.  Sit me down and shit, showed me the warrant, nigga starts tearing

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case:** 2Fly | | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** | |

| | | | |
|---|---|---|---|
| **Session:** 4420 | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | **In Digits:** 6464233233 | |
| Unknown | | | |

shit up. I mean what the fuck is going on, son?   They are like, 'hold on, we are going to take you all in a room and we are going to interrogate you, one by one.

PARRISH:
One by one?  They are not even supposed to interrogate you all niggas.   They are not supposed to do that.

FLACK:
They did that though, bro. As soon as  [STUTTERS]

PARRISH:
You know they are not supposed to do any shit like that.

FLACK:
You know, I don't give a fuck.  I didn't know what was going on, bro.  They are not going to get anything out of me, bro. There was no gun, Nana moved everything.  Everything got moved because I felt them coming, bro and I already dropped BJ off … In Albany, I felt them coming, bro. I felt it, I felt it. I don't … once I seen BJ's picture, I keep seeing BJ's picture all over the Instagram. Yow, somebody hit up this nigga and tell this nigga, get this nigga off the street.

PARRISH:

FLACK:

PARRISH:

FLACK:

PARRISH:

FLACK:

PARRISH:

FLACK:

| | | | |
|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
| **Session:** 4420 | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | **In Digits:** 6464233233 | |
| Unknown | | | |

PARRISH:
FLACK:
PARRISH:
FLACK:
PARRISH:
FLACK:
PARRISH:
FLACK:
PARRISH:
FLACK:
PARRISH:
FLACK:
PARRISH:
FLACK:

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** |
| **Session:** 4420 | | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | | **Duration:** 00:39:17 |
| **Monitored By:** | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** Incoming |
| **Participants:** | | | **In Digits:** 6464233233 | | |
| Unknown | | | | | |

PARRISH:
FLACK:
PARRISH:
FLACK:
PARRISH:
FLACK:
PARRISH:
FLACK:
PARRISH:
FLACK:
PARRISH:
FLACK:
[END OF CALL]

**Synopsis**

| | | | |
|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
| **Session:** 4420 | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | **In Digits:** 6464233233 | |
| Unknown | | | |

INCOMING FROM: 646-423--3233
LAQUAN TO UM3233  [FLACK]
[BACKGROUND LAQUAN: 3011 BOSTON ROAD]
LAQUAN TELLS UM HE IS TRYING TO COME OUT THERE.  UM SAYS YEAH, YEAH.
LAQUAN TELLS UM HE HAVE TO COME OUT THERE TO GET  STUFF TOGETHER OUT HERE.
LAQUAN ASSURE UM THAT WHEN HE COME THROUGH, HE GOT UM, AND UM WILL GET
SOME MONEY.  UM SAYS ALRIGHT.
LAQUAN ASK UM IF HE IS COACHING RIGHT NOW.  UM SAYS HE JUST GOT HOME 6 AM SHIT.
LAQUAN ASKS UM IF HE MADE THE LOGOS  TO GO ON SHIRTS. UM SAYS NO.  LAQUAN ASK
IF HE KNEW WHO DID IT AND UM SAYS YES.  LAQUAN SAYS THEY SHOULD HAVE THE
WINGS ON THE SHIRTS
CALL MINIMIZED AND SPOT CHECKED
UM SAYS THE NIGGAS DON'T KNOW WHAT TO DO.  LAQUAN AGREE.  UM SAYS IT'S TIME
FOR THE NIGGAS TO GET RIGHT.  UM SAYS HE [POSS. L] SIT AROUND WITH DJ AND NIGGAS
AND NOW HE IS GETTING FOR THE CASH.
UM SAYS LAQUAN DO NOT KNOW WHATS GOING OUT THERE, AND HE HAVE BEEN SITTING
AROUND THOSE NIGGAS FOR A MINUTE, MEL GETTING TO THE CASH.  LAQUAN SAYS HE
WAS ABOUT TO GRIP OUT ON HIM [POSS. DJ].  UM SAYS ALL THE NIGGAS ARE TRYING TO
DO SOMETHING AND HE HAVE SEEN...  UM SAYS DROP [PH] MIGHT NOT HAVE IT [NFI].
LAQUAN SAYS TAE AH, AH AND NIGGAS LIKE HIM DIDN'T GET BOOKED.  LAQUAN SAYS TAE
COULD OPEN UP DOORS FOR NIGGAS, NIGGAS WAS SUPPOSE TO USE THAT TO THEIR
ADVANTAGE WHEN THEY WERE HOME, AND WE WAS HOME.  UM SAYS HE TRIED THAT
SHIT. LAQUAN SAYS HE DID NOT TAKE ADVANTAGE OF IT.
UM SAYS [U/I] THROWING THE [U/I] AT CITO AND LAQUAN AGREE.  LAQUAN SAY HE [NFI] DID
SOME EXTRA SHIT WITH MORRIS AVENUE WITH TA AND THEM REGULAR.  UM SAYS HE
WAS GOOD.  LAQUAN AND UM SAYS THEY HAD THE THREES AND SHIT.  UM AND LAQUAN
SAYS THEY NEED MORE [NFI].  LAQUAN SAYS THAT'S A FACT.  UM SAYSTHATS GREAT
PEACE WITH MONEY OR NOT.  UM SAYS HE HAVE BEEN AROUND NIGGER WHEN THEY
HAD NOTHING.  UM SAYS HE IS THE ONLY ONE TRYING TO... UM SAYS HE [NFI] HAVE BEEN A
LOT OF PLACES, HE DID THIS AND THAT, THAT HE WILL REMEMBER.
UM SAYS HE IS 24  AND THEY ARE GETTING OLDER, [U/I] IS A PIECE OF SHIT, THIS IS WORST

| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
|---|---|---|---|
| **Session:** 4420 | **Date:** 03/21/2016 | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | **In Digits:** 6464233233 | |
| Unknown | | | |

THAT WHERE THEY ARE NOW.   UM SAYS THEY HAVE TO WORRY ABOUT NIGGAS ALWAYS WANTING TO BE ON THEIR DICK.  UM SAYS THERE IS NO MONEY OUT HERE, AND HE DO NOT KNOW WHAT TO DO.  UM SAYS IF HE WAS IN NEW YORK IT WOULD BE EASIER FOR ENTERTAINMENT, THEN HE WOULD WORRY ABOUT NIGGAS ALWAYS ON THEIR DICK.  UM SAYS TAE AND NIGGAS ALWAYS DOING THAT EXTRA SHIT  LAQUAN SAYS  HE HATES WHEN UM BRING THAT SHIT UP, THOSE NIGGAS ARE NOT DOING SHIT.  LAQUAN SAYS THESE NIGGAS NOT ON SHIT AND HIS GETTING HIM OUT OF HIS ELEMENT, AND UM IS TELLING HIM THIS SHIT.  LAQUAN SAYS [U/I] TO ONE OF THESE NIGGAS HEADHE JUST FUCKING MISS. UM SAYS HE HEARD.

UM SAYS THE NIGGAS WERE SHITTING AND THATS ALL THEY HAD WHEN HE [LAQUAN] LEFT, ALL THE PUSSY NIGGAS THAT HE PUT UP TO THAT SHIT, THATS NOT REALLY...

CALL MINIMIZED AND SPOT CHECKED

UM SAYS NIGGAS GEETING HIT [POSS. SHOT] DAY BY DAY AND DON'T DO SHIT, NIGGAS GETTING SHOT AND HOLDING IT AND TAKING IT, ITS KILLING HIM, THAT SHIT SHOULD NOT HAVE HAPPENED.

UM SAYS NIGGAS SHOT AND THESE ARE THE NIGGAS HE SUPPOSE TO LOOK TO AS GANGSTERS.  UM SAYS THEY ALL ARE GOOD NIGGAS, AND NONE OF THE NIGGAS ARE RAPPING ABOUT WHAT HAPPENED.  UM SAYS THIS SHIT HAVE HIM TIGHT, HE SAYS HE IS NOT IN THE HOOD AND NOT IN ANY POSITION TO DO NO DRILL.   UM SAYS HE HAVE EVERYTHING TO LOOSE, WHILE NIGGAS THATS GEETING HIT HAVE NOTHING TO LOOSE AND STILL WON'T DO A DRILL, WONT DO SHIT.

UM SAYS WHAT NIGGAS DOING THEY WONT  DO SHIT, WONT PUT UP MONEY, WHAT IS NIGGAS DOING.  UM [U/I] SLIM NOT DOING ANYTHING, ONLY HIM AND LAQUAN IS DOING SOMETHING.

UM SAYS NIGGAS WERE GETTING HIT DAY AFTER DAY.  UM SAYS THAT SHIT SHOULD NOT HAPPEN AND NIGGAS GETTING SHOT, HE IS NOT LOOKING AT THEM AS GANSTERS.

BOTH TALKS ABOUT DULLA COMING OUT SOON.  UM SAYS HE FEEL SORRY FOR NIGGAS, AND HOPE HE LINE NIGGAS UP AND SLAP NIGGAS IN THEIR FACE DOWN THE LINE, WHO DEFENDING THE MOST.  UM SAYS THATS WHAT HE WOULD DO, HE WOULD BOMB NIGGAS.

LAQUAN SAYS SHOT EASY GOT SHOT, LAQUAN SAYS HE TOOK HIM ON A DRILL THE OTHER DAY, NIGGAS WASN'T JUST AROUND.

LAQUAN TELLS UM THEY WENT TO THE SHOWTIME [U/I].  UM SAYS, OH NO NIGGAS [U/I] GET HIM.  UM SAYS HE IS NOT GOING TO SNITCH EITHER.  LAQUAN TELLS UM DEMI AND ALL OF THEM STAYS IN THE SAME HOUSE ON EDENWALD/DYER.

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** |
| **Session:** 4420 | | **Date:** 03/21/2016 | | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | | | **In Digits:** 6464233233 | |
| | Unknown | | | | |

UM TELLS LAQUAN HE DOES NOT LIKE THAT NIGGA AND HE DOES NOT WANT NOTHING TO DO WITH THAT NIGGA AND IF ANYTHING, THAT NIGGA HAS TO GO.  UM SAYS, I'M SORRY BRO, BUT THAT NIGGA HAVE TO GO.  UM TELLS LAQUAN THAT NIGGA IS DOING TOO MUCH NOW AND THAT NIGGA HURT HIS HEART.  UM TELLS LAQUAN THAT NIGGA CAN NEVER COME BACK TO HIM EVER.

LAQUAN TELLS UM HE DOES NOT KNOW WHY UM...THE NIGGA WAS [U/I] WHERE HE WAS AT.  UM TELLS LAQUAN THAT NIGGA BURNED HIM OUT OF PICTURE TALKING MAD SHIT.UM SAYS HE AND THE NIGGA COULD FIGHT AND HE WOULD FUCK UP THE NIGGA.

SOCIAL CONVERSATION REGARDING THE NIGGA BEING A BITCH AND HOW UM TOOK CARE OF THE NIGGA'S HOMELESS ASS.

SOCIAL CONTINUES REGARDING ALL THE CLOTHES UM GAVE TO THE NIGGA AND HOW THE NIGGA HAD TO SLEEP IN HIS MOTHER'S CAR.

CALL MINIMIZED @ 09:17:50 TO 09:19:54

SOCIAL CONVERSATION REGARDING THE NIGGA BEING HOMELESS AND UM COULD NOT TOLERATE BEING AROUND HIM.

UM TELLS LAQUAN THE NIGGA'S MIND IS FRIED, HE LOST IT.  LAQUAN TELLS UM HE HOPES THE NIGGA FINDS IT WHILE HE IS SITTING IN THAT JAIL.  UM  TELLS LAQUAN THE NIGGA IS NOT GOING TO FIND IT WHILE IN JAIL.  LAQUAN TELLS UM YOU GET YOUR MIND RIGHT WHILE BEING IN JAIL.  LAQUAN TELLS UM, NIGGAS ELEVATE THEIR [U/I] WHILE SITTING IN THEIR CELLS.  UM TELLS LAQUAN THIS ITS SLIM THEY ARE TALKING ABOUT.  LAQUAN TELLS UM THAT NIGGA IS SITTING IN A CELL RIGHT NOW  AND THE NIGGA HAS TO BE THINKING, "THIS IS MY LIFE".  LAQUAN TELLS UM EVERYDAY THAT SLIM IS IN THERE ITS BEEN A STRUGGLE.  LAQUAN TELLS UM HE DOUBTS THAT SLIM IS SITTING IN THERE SAYING HE IS GOING TO COME BACK HOME AND START DOING CLOWN SHIT AGAIN.

CALL MINIMIZED @ 09:20:50 TO 09:21:29

UM TELLS LAQUAN, SLIM IS CONTENT BEING IN JAIL.  UM TELLS LAQUAN, SLIM IS ONE STEP AWAY FROM BEING HOMELESS AND SLIM DOES NOT WANT TO GO HOME, HE COMES TO HIS HOUSE AND FUCK UP HIS SHIT AND THEN HE WENT TO SYRACUSE THEN HE ENDED UP IN PENNINGTON OR WHATEVER.

SOCIAL CONVERSATION CONTINUES REGARDING SLIM BEING IN JAIL BROKE AND THAT HE DOES NOT NEED COMMISSERY OR HE WOULD HAVE CALLED UM.

| Case: 2Fly | Target: 347-896-3117 | Line: 347-896-3117 | File Number: |
|---|---|---|---|
| Session: 4420 | Date: 03/21/2016 | Start Time: 09:04:32 EDT | Duration: 00:39:17 |
| Monitored By: | Classification: Pertinent | Complete: Completed | Direction: Incoming |
| Participants: | | In Digits: 6464233233 | |
| Unknown | | | |

UM TELLS LAQUAN HE SPOKE TO CHIN.  LAQAUAN ASKS UM WHAT CHIN SAID AND UM
TELLS LAQUAN, CHIN SAID SHE DOES NOT KNOW WHAT IS GOING ON. UM TELLS LAQUAN
THAT NIGGA [SLIM] WAS HIS BEST FRIEND.
LAQUAN ASKS UM IF HE IS TRYING TO TELL HIM HE DID NOT KNOW HOW HE [SLIM] WAS
ACTING AND UM TELLS LAQUAN NO, HE KNOWS HOW HE HAD BEEN ACTING AND THAT IS
WHY HE PUT HIM ON HIS NECK.  LAQUAN TELLS UM HE ASKED HIM IF THEY [NFI] KNOWS
AND UM TELLS LAQUAN NO, THEY [NFI] DON'T KNOW, HE HAD TO TELL HER [POSS. CHIN].
UM REPEATED THAT HE HAD TO TELL HER [POSS. CHIN] AND SHE STARTED CRYING.
LAQUAN TELLS UM HE IS LYING AND UM TELLS LAQUAN HE SWEARS TO GOD.  UM TELLS
LAQUAN HE TOLD HER HE DOES NOT KNOW WHAT IS GOING ON BUT HE NEEDS HIS
FAMILY AND THEY ALL LEFT HIM AND UM WAS THE ONLY ONE HE HAD.  UM TELLS LAQUAN
HE HAD TO SEND HIM [SLIM] AWAY BECAUSE THEY GOT INTO IT AND HE TOLD HIM TO
LEAVE.  UM TELLS LAQUAN HE [SLIM] SAID NOBODY IS THERE FOR HIM, NOT EVEN HIS
MOTHER.  UM TELLS LAQUAN HE TOLD HIM [SLIM] HE CAN'T BE HIS MOTHER, AND HIS
BROTHER AND SISTER.
CALL MINIMIZED @ 09:23:33 TO 09:25:35
UM TELLS LAQUAN HE PUT HIM [SLIM] BEFORE HIM WHEN IT CAME TO THE MUSIC BUT
THAT NIGGA IS NOT THE SAME.
SOCIAL CONVERSATION REGARDING A SONG THAT UM WROTE AND THAT SLIM WAS FAKE
SINGING ON IT AND THEN SLIM STARTED RAPPING AND YOU COULD HEAR THAT HE IS
DOWN.
SOCIAL CONTINUES REGARDING SLIM'S NOT SOUNDING THE SAME AND HE SOUNDS AS IF
HE DOES NOT WANT TO DO THE SONGS.  UM RAP THE LYRICS TO THE SONG FOR LAQUAN
TO HEAR.
UM TELLS LAQUAN, SLIM DID NOT WANT HIM TO PUT OUT THAT SONG SO HE NEVER DID.
LAQUAN REFERS TO UM AS FLACK AND TELLS HIM JUST BECAUSE HE LOVES
SOMETHING, IT DOES NOT MEAN THAT THE WORLD IS GOING TO LOVE IT.  UM TELLS
LAQUAN HE KNOWS THAT.
CALL MINIMIZED @ 09:27:53 TO 09:30:01
SOCIAL CONVERSATION REGARDING SLIM FOLDING UNDER PRESSURE AND UM NEVER
SEEING SLIM LIKE THAT.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** | |
| **Session:** 4420 | | **Date:** 03/21/2016 | | **Start Time:** 09:04:32 EDT | **Duration:** 00:39:17 | |
| **Monitored By:** | **Classification:** Pertinent | | | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | | | **In Digits:** 6464233233 | | |
| Unknown | | | | | | |

FLACK TELLS LAQUAN HE FELT IT COMING.  LAQUAN ASKS FLACK IF THEY [POSS. LAW ENFORCEMENT] KNOCKED ON HIS DOOR AND FLACK TELLS LAQUAN THEY TRIED TO BREAK DOWN THE DOOR, THEY WERE BANGING IT.
SOCIAL CONVERSATION REGARDING WHO WAS IN WHAT ROOM WHEN THEY PICKED UP SLIM.
SOCIAL CONTINUES REGARDING WHAT FLACK SAW WHEN SLIM WAS PICKED UP.
FLACK TELLS LAQUAN WHEN HE GOT TO THE DOOR ABOUT TEN COPS RUSHED HIM, PUT HIM TO SIT DOWN AND SHOWED HIM THE WARRANT.
SOCIAL CONVERSATION CONTINUES REGARDING WHEN THEY [LAW ENFORCEMENT] CAME TO FLACK'S HOUSE TO PICK UP SLIM.
LAQUAN TELLS FLACK THEY [LAW ENFORCEMENT] IS NOT SUPPOSED TO OPERATE LIKE THAT.  FLACK TELLS LAQUAN HE DID NOT CARE BECAUSE HE DID NOT KNOW WHAT WAS GOING ON AND THEY WERE NOT GOING TO GET ANYTHING OUT OF HIM AND HE HAD ALREADY MOVED EVERYTHING, THERE WERE NO GUN BECAUSE HE HAS ALREADY MOVED EVERYTHING.  FLACK TELLS LAQUAN EVERYTHING GOT MOVED BECAUSE HE FELT THEM COMING.
FLACK TELLS LAQUAN HE HAD ALREADY DROP BJ OFF IN ALBANY BECAUSE HE FELT THEM COMING.  FLACK TELLS LAQUAN ONCE HE STARTED SEEING BJ'S PICTURE ALL OVER INSTAGRAM AND SOMEBODY SAID SOMEBODY NEED TO HIT UP THIS NIGGA AND GET THE NIGGA OFF THE STREETS.  FLACK ASKS LAQUAN IF NIGGAS DID NOT TELL HIM ABOUT THAT AND LAQUAN TELLS FLACK [U/I].  FLACK TELLS LAQUAN IT WAS BAD.
FLACK TELLS LAQUAN SOCIAL MEDIA WAS BUZZING AND BJ WAS SITTING RIGHT THERE WITH HIM.  FLACK TELLS LAQUAN, BJ WAS SO SHAKEN HE FELT BAD FOR HIM.  FLACK TELLS LAQUAN, BJ STARTED DOING PUSH UPS GETTING READY TO GO TO JAIL BECAUSE HE DID NOT KNOW WHEN THEY WERE COMING.  FLACK TELLS LAQUAN, BJ STARTED GETTING BIGGER.  FLACK TELLS LAQUAN HE TOLD BJ HE GOT HIM AND BJ WAS EVEN TEACHING HIM HOW TO COOK.
SOCIAL CONVERSATION REGARDING HOW HELPFUL BJ WAS AND FLACK WISHING SLIM WOULD GO HOME.
SOCIAL CONTINUES REGARDING WHEN BJ COMES AROUND TO FLACK'S PLACE, THEY WOULD SMOKE A HALF WITH SOME PERC.
SOCIAL  CONTINUES REGARDING FLACK AND BJ DRIVING IN FLACK'S NEW BEEMER UP TO BJ'S COUSIN WHO WAS GIVING THEM WEED TO ROLL.

| Case: 2Fly | Target: 347-896-3117 | Line: 347-896-3117 | File Number: | |
|---|---|---|---|---|
| Session: 4420 | Date: 03/21/2016 | Start Time: 09:04:32 EDT | Duration: 00:39:17 | |
| Monitored By: | Classification: Pertinent | Complete: Completed | Direction: Incoming | |
| Participants: | | In Digits: 6464233233 | | |
| Unknown | | | | |

FLACK TELLS LAQUAN HE WAS THINKING TO HIMSELF THAT BJ IS IN THE PERFECT PLACE AND HE TOLD REEM TO TAKE CARE OF BJ.
SOCIAL CONTINUES REGARDING SLIM AND BJ
LAQUAN ASKS FLACK TO HOLD ON FOR A LITTLE BIT.
FLACK SAYS HE THINKS SLIM HAS SOMETHING TO DO WITH ALL OF THIS BUT HE DOES NOT WANT TO BELIEVE IT.  FLACK TELLS LAQUAN HE IS NOT GOING TO LIE TO HIM, HE THINKS ALL OF THIS IS SLIM'S FAULT.  FLACK TELLS LAQUAN, SLIM HAS SOMETHING TO DO WITH ALL OF THAT BJ SHIT.  FLACK TELLS LAQUAN THE WAY SLIM WAS MOVING LIKE A WEASEL, HE WAS MOVING LIKE A SNAKE OR A LITTLE RAT.
FLACK TELLS LAQUAN WHEN THE NIGGAS [POSS. LAW ENFORCEMENT] CAME TO HIS HOUSE, SLIM SAID, "I TOLD YOU EVERYTHING I KNOW, WHAT ARE YOU DOING HERE".  FLACK SAYS, IT'S AS IF THEY KNEW SLIM ALREADY.  FLACK TELLS LAQUAN, SLIM RATTED ON MARLON AND HE DID NOT KNOW UNTIL HE SAW THE PAPERWORK AND HE HASSLED HIM.  FLACK TELLS LAQUAN HE ASKED SLIME WHAT IS HE DOING AND WHY.  FLACK TELLS LAQUAN WHEN HE ASKED SLIM WHY, SLIM TOLD HIM IT WAS HIS MOMS.  FLACK TELLS LAQUAN HE UNDERSTAND THAT BECAUSE HE WAS IN THE SAME POSITION BUT HE DID NOT DO IT.
LAQUAN TELLS FLACK HIS MOTHER CAN'T LET HIM RAT ON ANYONE.  FLACK ASKS LAQUAN IF HE REMEMBER THE SHOOTING ON B ROAD [POSS. BOSTON ROAD] AND LAQUAN SAYS HIS MOTHER IS NOT IN THE STREETS, HE IS.  LAQUAN TELLS FLACK HE DOES NOT EVEN WANT TO HEAR THAT.
FLACK TELLS LAQUAN THAT IS WHAT HAPPENED AND HE IS TELLING HIM THE TRUTH BECAUSE LAQUAN WAS NOT HERE.  FLACK TELLS LAQUAN, HE TOLD SLIM THAT BEFORE THAT THEY WERE SAYING SLIM TOLD ON HIS BROTHER.  FLACK TELLS LAQUAN HIS PHONE WAS CONSTANTLY RINGING FOR  A WHOLE WEEK AND SLIM WAS JUST SITTING THERE LOOKING AS IF HE IS MAD AT THE WORLD OR HE OWED HIM SOMETHING.  FLACK TELLS LAQUAN EVERYBODY WAS CALLING HIS PHONE LOOKING FOR SLIM BECAUSE SLIM HAD NO PHONE AND WAS HIDING FROM EVERYBODY.
FLACK TELLS LAQUAN, SLIM CAME AND SIT UNDER HIM FOR MONTHS UNTIL HE GOT ON THE BASKETBALL TEAM AND THAT WAS WHEN HE LET SLIM LEAVE.  FLACKS TELLS LAQUAN, SLIM GOT JIGGS KICKED OUT OF THE CRIB BECAUSE SLIM WOULD NOT LISTEN.  FLACK TELLS LAQUAN HE WILL NOT DO NO DIRT WITH SLIM BECAUSE SLIM IS DIFFERENT AND WILL RAT ON HIM.  FLACK TELLS LAQUAN HE WOULD NEVER DO A CRIME WITH SLIM RIGHT THERE.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case:** 2Fly | | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** | |
| **Session:** 4420 | | **Date:** 03/21/2016 | | **Start Time:** 09:04:32 EDT | | **Duration:** 00:39:17 | |
| **Monitored By:** | | **Classification:** Pertinent | | **Complete:** Completed | | **Direction:** Incoming | |
| **Participants:** | | | | **In Digits:** 6464233233 | | | |
| | Unknown | | | | | | |

SOCIAL CONVERSATION REGARDING WHEN FLACK GOT INTO A SCUFFLE IN A CLUB AND
SLIM DID NOT HELP HIM.
SOCIAL CONTINUES REGARDING SLIM BEING BACKWARD STUPID.
LAQUAN TELLS FLACK HE GOT A POPPING ON NEW YEARS AND SLIM CAME AND WAS
RIGHT THERE ASKING WHAT HAPPEN INSTEAD OF PICKING UP SOMETHING AND HITTING
SOMEBODY.  LAQUAN TELLS FLACK, SLIM WAS JUST STANDING THERE.
CALL MINIMIZED @ 09:41:28 TO 09:43: 30
FLACK TELLS LAQUAN HE WILL CALL HIM RIGHT BACK.
END OF CALL
SB:

**Comments**

| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** | |
|---|---|---|---|---|
| **Session:** 4440 | **Date:** 03/21/2016 | **Start Time:** 16:01:41 EDT | **Duration:** 00:00:26 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Outgoing |
| **Participants:** | | **Out Digits:** 6464233233 | |
| Unknown | | | |

## Synopsis

OUTGOING: 646-423-3233
LAQUAN TO UM3233
[BACKGROUND LAQUAN: HE TOLD ME ROGERS CANNOT DO IT LIKE RIGHT NOW, I NEED EVERYTHING]
LAQUAN CALLS UM AND AND UM TELLS LAQUAN HE IS GOING TO CALL HIM RIGHT BACK.
LAQUAN TELLS UM TO MAKE SURE, DEAD ASS.   UM SAYS ALRIGHT.
EOC.
SB:SH

## Comments

| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** | |
|---|---|---|---|---|
| **Session:** 4445 | **Date:** 03/21/2016 | **Start Time:** 16:46:00 EDT | **Duration:** 00:06:48 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Outgoing |
| **Participants:** Unknown | | **Out Digits:** 16464233233 | |

## Synopsis

OUTGOING: 646-423-3233
LAQUAN CALLS UM
UM TELLS LAQUAN HE CALLED HIM BACK AND LAQUAN TELLS UM HE KNOWS.  LAQUAN TELLS UM BJ CALLED HIM NOT LONG AGO.
UM ACKNOWLEDGES AND TELLS LAQUAN HE SPOKE TO HONEY [U/I] AND LAQUAN ASKS UM WHAT IS SHE TALKING ABOUT.  UM TELLS LAQUAN LIKE, THEY NEED TO GO AND SEE BJ AND SHIT. LAQUAN TELLS UM HE IS GOING TO SEE BJ ON WEDNESDAY.  UM TELLS LAQUAN IT HAS TO BE ON WEEKEND AND LAQUAN TELLS UM HE CAN GO ON THE WEEKEND BUT HE WILL BE GOING ON WEDNESDAY.
LAQUAN TELLS UM THAT NIGGA [BJ] NEEDS THIRTY DOLLARS ($30) RIGHT NOW  AND HE HAS CHICKEN [MONEY] BUT HE HAS TO RE-UP.  UM TELLS LAQUAN WHEN HE GETS OUT OF SCHOOL HE CAN PUT THE THIRTY DOLLARS ($30) ON THERE.
UM ASKS LAQUAN IF HE KNOWS THE INFO FOR BJ AND LAQUAN TELLS UM IT'S  J [U/I] MCINTOSH.  UM TELLS LAQUAN IT MORE THAN THAT.  LAQUAN ASKS UM IF HE NEEDS BJ'S BOOKING AND CASE NUMBERS AND UM TELLS LAQUAN YES.  UM TELLS LAQUAN ALL THAT AND THAT IS HOW HE USED TO DO IT FOR LAQUAN.  UM TELLS LAQUAN HE WILL SEND THE MONEY.
LAQUAN TELLS UM HE WILL GET  BJ'S NUMBERS AND ALL THAT GOOD SHIT.  UM TELLS LAQUAN HE HAS CLASS AT 6 AND HE COULD PROBABLY DO IT BEFORE HE GOES TO CLASS. LAQUAN TELLS UM, BJ WILL BE COMING INTO POPULATION AND THAT THEY HAD BJ IN ISOLATION FOR A LONG TIME.
LAQUAN TELLS UM, BJ'S HAS THE GRIP ON HIM AND HE IS NOT LETTING THEM GET IT SO THEY PUT HIM IN A CELL WHERE HE HAS TO DO EVERYTHING.  UM ASKS LAQUAN WHAT HE THINKS IT IS LOOKING LIKE FOR BJ AND IF LAQUAN THINKS BJ IS GOING TO COME HOME.  LAQUAN TELLS UM, BJ HAS TO COME HOME.
UM TELLS LAQUAN HE COULD NOT TALK TO BJ UNTIL HE GETS AN INSTANT.  UM TELLS LAQUAN HE NEEDS SOME [U/I] AND THEN HE PUTS HIM ON THE PHONE WITH DROP.  UM TELLS LAQUAN HE NEEDS SOME MORE OFFICIAL NIGGAS TO TALK TO LIKE BJ.   UM TELLS LAQUAN HE NEEDS TO TALK TO BJ.
UM TELLS LAQUAN HE IS IN THE GYM  DOING HIS HOMEWORK, MAKING FRIENDS IN THERE. UM TELLS LAQUAN HE IS LINING THAT SHIT UP LIKE A BARBER.  UM TELLS LAQUAN HE DOES NOT LIKE NONE OF THE NIGGAS BUT HE IS GOING TO LET IT HAPPEN.   UM TELLS

| Case: | 2Fly | Target: | 347-896-3117 | | Line: | 347-896-3117 | | File Number: | |
|---|---|---|---|---|---|---|---|---|---|
| Session: | 4445 | | | Date: | 03/21/2016 | Start Time: | 16:46:00 EDT | Duration: | 00:06:48 |
| Monitored By: | | Classification: | Pertinent | | | Complete: | Completed | Direction: | Outgoing |
| Participants: | | | | | | Out Digits: | 16464233233 | | |
| | Unknown | | | | | | | | |

LAQUAN HE HAS THREE [3] BAND AND THE NIGGA WANTS THIRTY-FIVE [35] AND HE IS ABOUT TO CHARGE EVERYBODY TWENTY-FIVE DOLLARS ($25) A PLAY AND HE IS GOING TO TRY TO GET NINETY [90] PLAYERS AND HE IS GOING TO CHARGE PEOPLE AT THE DOOR SO THAT IF HE LOSE HE WILL MAKE AT LEAST TWO HUNDRED DOLLARS ($200) OR SOMETHING JUST TO KEEP IT GOING.
UM ASKS LAQUAN IF HE IS OUT THERE WALKING AND LAQUAN TELLS UM NO, HE IS NOT EVEN WALKING, HE JUST GOT OUT THE CAR.
LAQUAN SAYS, FRESH JUST CALLED HIM. WORD TO THE GEES. LAQUAN TELLS UM HE [POSS. FRESH] TOLD HIM TO GET LOW. AND THAT NIGGAS ARE CALLING LAQUAN'S NAME. LAQUAN TELLS UM HE HUNG UP ON FRESH.
UM ASKS LAQUAN WHAT IS FRESH DOING AND LAQUAN TELLS UM HE DOES NOT KNOW. FRESH IS TALKING ABOUT [U/I] AND WHY THE FUCK HE WANT HIM TO GET LOW. UM TELLS LAQUAN EVERY TIME THAT NIGGA [FRESH] CAME TO HIM WITH SOME SHIT LIKE THAT SOME SHIT WENT DOWN. UM TELLS LAQUAN HE LOSE IT WHEN IT COMES TO CERTAIN NIGGAS, HE WILL COME THROUGH AND SLAP NIGGAS IN THEIR FACE AND ALL THAT, HE IS VIOLATING.
UM ASKS LAQUAN IF HE REMEMBER THAT CAR IN B'S VIDEO THAT HE SHOWED TO LAQUAN AND LAQUAN TELLS UM YES. UM TELLS LAQUAN HE IS ABOUT TO [U/I] THAT SHIT PUT HE IS GOING TO PUT...LAQUAN ASKS UM WHY HE DOES NOT BUST IT.
SOCIAL CONVERSATION REGARDING A VIDEO UM WANTS TO PUT OUT AND THAT HE IS GOING TO WORK ON IT TONIGHT.
CALL MINIMIZED @ 16:51:22 TO 16:51:34
UM TELLS LAQUAN HE IS TO GET BJ'S INFO SO THAT HE CAN PUT THE MONEY ON J-PAY.
[ASIDE: YO, YOU KNOW BJ'S NUMBERS OR NOT? UM: I USED TO SEND HIM MONEY, BRO.
LAQUAN: WE COULD GO ON J-PAY AND LOOK IT UP? YOU HAVE TO SEND IT ON J-PAY.]
UM TELLS LAQUAN HE IS GOING TO HANDLE IT, HE IS GOING TO SEE WHAT HE CAN DO.
END OF CALL
SB: A. WILES

**Comments**

| | | | | |
|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 4645 | **Date:** 03/22/2016 | **Start Time:** 18:36:58 EDT | **Duration:** 00:01:27 | |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | **In Digits:** 6464233233 | | |
| Unknown | | | | |

## ICE Word transcript v2

Homeland Security Investigations
U.S. Department of Homeland Security

CASE: 2Fly ECG                                          TARGET NO: 347-896-3117
SESSION: 4645

CASE NAME:                                              2Fly ECG BRONX, NY

CASE NO:                                                          NY36BR15NY0010

TARGET NAME:                                   Laquan Parrish

TARGET:                                                        347-896-3117

SESSION:                                                      4645

DURATION:                                                 00:01:27

SESSION DATE:                                  Tuesday, March 22, 2016

SESSION START TIME:                   18:36:58 EDT

ASSOCIATE DN:                                  646-423-3233

DIRECTION:                              Incoming

LANGUAGE                                                English

PARTICIPANTS:                          Laquan Parrish aka Mad Dog

                                                              UM3233 [Unidentified Male] FNU LNU aka
Flack

TRANSCRIBED BY:                       R. Huntley

REVIEWED BY:

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | | **File Number:** |
| **Session:** 4645 | | **Date:** 03/22/2016 | **Start Time:** 18:36:58 EDT | | **Duration:** 00:01:27 |
| **Monitored By:** | | **Classification:** Pertinent | **Complete:** Completed | | **Direction:** Incoming |
| **Participants:** | | | **In Digits:** 6464233233 | | |
| | Unknown | | | | |

ABBREVIATIONS:

      [UI] –    UNINTELLIGIBLE             [SIC] – SPOKEN IN CONTEXT

[PH] – PHONETIC                        [     ] – TRANSCRIBER NOTES

[BEGINNING OF CALL]

[PHONE RINGS]

PARRISH:
Yo!

FLACK:
Yo!

PARRISH:
Yo! What's flying, yo?

FLACK:
Yo!  I sent this nigga that cash.  You heard?

PARRISH:
Copy.

FLACK:
This fucking nigga calling you all niggers, tell him to call me, son.  It's like the fourth time… [VOICES OVERLAP]

PARRISH:
I'll tell him to call you.  [VOICES OVERLAP]

FLACK:
I sent him money, bro.  Like… [VOICES OVERLAP]

| | | | | | |
|---|---|---|---|---|---|
| **Case:** 2Fly | **Target:** 347-896-3117 | | **Line:** 347-896-3117 | **File Number:** | |
| **Session:** 4645 | | **Date:** 03/22/2016 | **Start Time:** 18:36:58 EDT | **Duration:** 00:01:27 | |
| **Monitored By:** | | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming | |
| **Participants:** | | | **In Digits:** 6464233233 | | |
| | Unknown | | | | |

PARRISH:
How much you put on it [U/I]?
FLACK:
Nigga, I put twenty five (25) on there, nigga.  Because it cost five (5).
PARRISH:
[U/I]
FLACK:
Feel me [Understand me?]  Ah, ah.  You know what I mean?  Yo, bro!  I been sending him cash bro, all now I can't speak to the nigga like… bro I send that nigga, one time I sent him a whole fifty (50) bro, like… Slim sat there and watched.  Because Slim… yow!  [HISSES]  You dialing him?  [VOICES OVERLAP]
PARRISH:
Yeah, I am calling right now.
FLACK:
Yeah, you hear back from my nigga.  Tell that nigga to call me son, because I am sending it in, I don't know like…   [VOICES OVERLAP]
PARRISH:
Alright, problems.
FLACK:
Feel me [Understand me]? Like… what you mad at?  I need to talk to that nigga.  There is only so many niggas left bro, like….  [SIGHS]  [VOICES OVERLAP]
PARRISH:
[U/I]
FLACK:
[U/I] shit right now.  Let me call you back, alright
PARRISH:
Alright.

| **Case:** 2Fly | **Target:** 347-896-3117 | **Line:** 347-896-3117 | **File Number:** |
|---|---|---|---|
| **Session:** 4645 | **Date:** 03/22/2016 | **Start Time:** 18:36:58 EDT | **Duration:** 00:01:27 |
| **Monitored By:** | **Classification:** Pertinent | **Complete:** Completed | **Direction:** Incoming |
| **Participants:** | | **In Digits:** 6464233233 | |
| Unknown | | | |

[END OF CALL]

## Synopsis

INCOMING CALL FROM: 646--423-3233
FLACK TO LAQUAN
FLACK SAYS HE SENT THAT NIGGA THE CASH. LAQUAN ACKNOWLEDGES.
FLACK SAYS HE TOLD THE NIGGA TO CALL HIM AND THIS IS LIKE THE FOURTH (4TH) TIME
FLACK IS SENDING THAT NIGGA MONEY. LAQUAN ASKS HOW MUCH FLACK SENT THE
NIGGA. FLACK SAYS HE PUT TWENTY FIVE (25) AS IT COSTS FIVE (5). FLACK SAYS HE
HAS BEEN SENDING THE NIGGA CASH AND CANNOT SPEAK TO THE NIGGA EVEN NOW.
FLACK SAYS HE SENT THE NIGGA A WHOLE FIFTY (50) ONE TIME.
LAQUAN SAYS HE IS COOLING RIGHT NOW. FLACK TELLS LAQUAN TO TELL THE NIGGA TO
CALL HIM [F] IF LAQUAN HEARS FROM THE NIGGA. FLACK SAYS HE IS SENDING IT IN LIKE...
FLACK SAYS WHO THE NIGGA IS MAD AT... OR...THERE IS ONLY SO MANY NIGGAS LEFT
AND FLACK NEEDS TO TALK TO THAT NIGGA. LAQUAN ACKNOWLEDGES AND TELLS
FLACK IT IS MAD SHIT RIGHT NOW AND LAQUAN WILL CALL FLACK BACK.
FLACK ACKNOWLEDGES
END OF CALL
SB: AGOLDING .

## Comments

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

END

# EXHIBIT B

 **bboboyz**                                    •••



♡  ○  ↗

♥ **42 likes**

**bboboyz** When they let your best friend out of Jail! 😈💪 @2flymaddeezy

**2fly_maddeezy** shout me out

**bboboyz**



  

♥ **61 likes**

**bboboyz** This year has got to be the year! **#2016**