# DAVID M. CHIDEKEL, Esq.

575 Madison Avenue, 10th Floor
New York, N.Y. 10022-2511
Telephone: (212) 605-0161
Facsimile: (212) 605-0166

January 11, 2018

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Parrish et al., as to KRAIG LEWIS 16 Cr 212-30 (LAK)**

Dear Judge Kaplan:

I am requesting that Mr. Lewis be permitted to travel to Orlando, Florida from January 19, 2018 and return on January 28, 2018.

The purpose of the visit is to permit Mr. Lewis to visit with his Father, Step Mother, step siblings, Aunt and Grandmother. He will be residing with his Father during the visit.

I have informed the government of this request and AUSA Feinstein consented to the request of the defendant.

Thank You for your consideration of this request.

Sincerely Yours,

/s/ David Chidekel
David Chidekel

Via ECF

Certificate of Service

I hereby certify this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) on January 11, 2018.

/s/ *David M. Chidekel*