# DAVID M. CHIDEKEL, Esq.

575 Madison Avenue, 10th Floor
New York, N.Y. 10022-2511
Telephone: (212) 605-0161
Facsimile: (212) 605-0166

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-9-21

November 5, 2021

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Kraig Lewis*, 16 Cr. 00212 (LAK)
    Motion to Return Defendant's US Passport

Dear Judge Kaplan:

When the defendant was arrested, upon information and belief, he turned his US Passport in to pretrial services.

Currently, the defendant has served both his sentence and completed his court ordered supervised release, without any problems or incidents. Mr. Lewis requests his US Passport to be returned to him. The passport is believed to be in the possession of pretrial services or possibly the Bureau of Prisons or the United States Marshalls. Pre-Trial Services informed me that they require an order from the Court directing the return of the Passport to the defendant by any entity in possession of the passport.

Based upon my conversations with the Government, they do not have any objections to the relief sought.

Thank you for your understanding and cooperation in this matter.

Sincerely Yours,

David Chidekel

Cc
Client
AUSA Jessica Feinstein via ECF
All Registered ECF Participants

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ

Facsimile & Electronic service of Legal Documents will not be accepted pursuant to CPLR §2103(b)(5),(7)